1 | Douglas R. Young (State Bar No. 073248)
    dyoung@fbm.com
2 | C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
3 | Cory M. Mason (State Bar No. 240987)
    cmason@fbm.com
4 | Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
5 | San Francisco, CA  94104
    Telephone:  (415) 954-4400
6 | Facsimile:  (415) 954-4480

7 | Kim E. Brightwell, Esq. (Texas SBN 02992700)
    *Applying for Pro Hac Vice*
8 |    kbrightwell@reevesbrightwell.com
    Beverly G. Reeves, Esq. (Texas SBN 16716500)
9 | *Applying for Pro Hac Vice*
       breeves@reevesbrightwell.com
10 | Sinead O'Carroll, Esq. (Texas SBN 24013253)
    *Applying for Pro Hac Vice*
11 |    socarroll@reevesbrightwell.com
    Paul Schlaud, Esq. (Texas SBN 24013469)
12 | *Applying for Pro Hac Vice*
       pschlaud@reevesbrightwell.com
13 | Ryan Pierce, Esq. (Texas SBN 24035413)
    *Applying for Pro Hac Vice*
14 |    rpierce@reevesbrightwell.com
    Reeves & Brightwell, LLP
15 | 221 W. Sixth Street, Suite 1000
    Austin, TX  78701-3410
16 | Telephone:  (512) 334-4500
    Facsimile:  (512) 334-4492

Attorneys for Defendant
DELL INC.

**E-FILED 4/26/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>DELL INC.,<br><br>                    Defendant. | Case No.  C07-01700 (RMW)<br><br>**STIPULATION AND [~~XXXXXXX~~ PROPOSED] ORDER EXTENDING DEFENDANT DELL INC.'S TIME TO RESPOND TO COMPLAINT** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT DELL INC.'S TIME TO RESPOND TO COMPLAINT  Case No. C07-01700 (RMW)

22059\1231219.1

Pursuant to Local Rule 6-1, plaintiffs Chad Brazil and Steven Seick ("Plaintiffs") and defendant Dell Inc. ("Dell"), by and though counsel, hereby stipulate as follows:

1. Dell was validly served with a copy of the summons and complaint herein on April 5, 2007.

2. Plaintiffs grant Dell a thirty (30) day extension of time to and including May 25, 2007 in which to answer or otherwise respond to the complaint.

3. No other extensions of time have been requested or granted.

SO STIPULATED.

I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained from counsel for plaintiffs.

DATED: April 17, 2007.  FARELLA BRAUN & MARTEL LLP

By: /s/
C. Brandon Wisoff

Attorneys for Defendant
DELL INC.

DATED: April 17, 2007.  LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By: /s/
Michael W. Sobol

Attorneys for Plaintiffs
CHAD BRAZIL and STEVEN SEICK

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: April 26, 2007

/s/ Ronald M. Whyte
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT DELL INC.'S TIME TO
RESPOND TO COMPLAINT Case No. C07-01700

- 2 -

22059\1231219.1