1  Douglas R. Young (State Bar No. 073248)
      dyoung@fbm.com
2  C. Brandon Wisoff (State Bar No. 121930)
      bwisoff@fbm.com
3  Cory M. Mason (State Bar No. 240987)
      cmason@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Kim E. Brightwell, Esq. (Texas SBN 02992700)
   *Applying for Pro Hac Vice*
8      kbrightwell@reevesbrightwell.com
   Sinead O'Carroll, Esq. (Texas SBN 24013253)
9  *Applying for Pro Hac Vice*
      socarroll@reevesbrightwell.com
10 Paul Schlaud, Esq. (Texas SBN 24013469)
   *Applying for Pro Hac Vice*
11     pschlaud@reevesbrightwell.com
   Reeves & Brightwell, LLP
12 221 W. Sixth Street, Suite 1000
   Austin, TX  78701-3410
13 Telephone:  (512) 334-4500
   Facsimile:  (512) 334-4492
14
   Attorneys for Defendant
15 DELL INC.

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION          ***E-FILED - 5/10/07***

| | |
|---|---|
| 19  CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated, | Case No.  C07-01700 (RMW) |
| 20 | **STIPULATION AND []** |
| 21           Plaintiffs, | **ORDER STAYING DEFENDANT'S OBLIGATION TO ANSWER OR** |
| 22      vs. | **OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 23  DELL INC., | |
| 24           Defendant. | |

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [.] ORDER STAYING DEF.'S
OBLIGATION TO ANS/RESP. TO PLF'S COMPLAINT
Case No. C07-01700 (RMW)

22059\1240982.1

1   Pursuant to Local Rules 6-1, 6-2 and 7-12, Defendant Dell Inc. ("Dell") and Plaintiffs
2   Chad Brazil and Steven Seick ("Plaintiffs"), by and through their respective counsel, hereby
3   stipulate as follows:
4   Dell's response to Plaintiffs' complaint is currently due on or before May 25, 2007.
5   Plaintiffs have informed Dell of their intention to file an amended complaint on or before May 4,
6   2007. Dell has informed Plaintiffs of its intention to move to compel Plaintiffs to arbitrate the
7   claims in their complaint or any amended complaint. Plaintiffs dispute that they have any
8   obligation to arbitrate these claims and will therefore oppose the motion to compel. The parties
9   agree that Dell need not respond to the complaint or any amended complaint until the Court has
10  ruled on the motion to compel arbitration.

- Dell will file a Motion to Stay Proceedings and Compel Arbitration ("Motion") on or before May 25, 2007;
- Dell's obligation to answer or otherwise respond to Plaintiffs' complaint or amended complaint will be stayed pending the resolution of Dell's Motion; and
- In the event the Court denies Dell's Motion, Dell shall answer or otherwise respond to the operative complaint within thirty (30) days from the date of service of any order denying the Motion.

IT IS SO STIPULATED.

I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained from counsel for plaintiffs.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [.] ORDER STAYING DEF.'S
OBLIGATION TO ANS/RESP. TO PLF'S COMPLAINT
Case No. C07-01700 (RMW)

- 2 -

22059\1240982.1

| | | |
|---|---|---|
| 1 | DATED: May 3, 2007. | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | C. Brandon Wisoff |
| 5 | | Attorneys for Defendant<br>DELL INC. |
| 6 | DATED: May 3, 2007. | LIEFF CABRASER HEIMANN &<br>BERNSTEIN LLP |
| 8 | | By: /s/ |
| | | Michael W. Sobol |
| 10 | | Attorneys for Plaintiffs<br>CHAD BRAZIL and STEVEN SEICK |

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: May 10, 2007

*Ronald M. Whyte*
_____
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [] ORDER STAYING DEF.'S
OBLIGATION TO ANS/RESP. TO PLF'S COMPLAINT
Case No. C07-01700 (RMW)    - 3 -    22059\1240982.1