UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/27/07*

CHAD BRAZIL and STEVEN SEICK, etc.,

　　　　　　CASE NO. C07-01700 RMW

　　　　Plaintiff(s),

　　v.　　　　　　　　　　　　　　STIPULATION AND [~~PROPOSED~~]
DELL INC. and Does 1-10,　　　　ORDER SELECTING ADR PROCESS

　　　　Defendant(s).
_____/

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　　　Non-binding Arbitration (ADR L.R. 4)
　✓　Early Neutral Evaluation (ENE)  (ADR L.R. 5)
　　　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　　　　Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
　　　　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　✓　other requested deadline  __90 days from order on pending motion to compel arbitration.__

Dated: June 8, 2007　　　　　　　　　　/s/ Michael W. Sobol
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: June 8, 2007　　　　　　　　　　/s/ C. Brandon Wisoff
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

[~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓       Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other  90 days from order on pending motion to compel arbitration.

IT IS SO ORDERED.

Dated: 6/27/07

*Ronald M. Whyte*

UNITED STATES DISTRICT     JUDGE