Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
  bwisoff@fbm.com
Cory M. Mason (State Bar No. 240987)
  cmason@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
  *Pro Hac Vice*
  kbrightwell@reevesbrightwell.com
Sinead O'Carroll, Esq. (Texas SBN 24013253)
  *Pro Hac Vice*
  socarroll@reevesbrightwell.com
Paul Schlaud, Esq. (Texas SBN 24013469)
  *Pro Hac Vice*
  pschlaud@reevesbrightwell.com
Reeves & Brightwell, LLP
221 W. Sixth Street, Suite 1000
Austin, TX  78701-3410
Telephone:  (512) 334-4500
Facsimile:  (512) 334-4492

Attorneys for Defendant
DELL INC.

*E-FILED - 8/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DELL INC.,<br><br>          Defendant. | Case No.  C07-01700 (RMW)<br><br>**STIPULATION AND [] ORDER REGARDING TIMING OF DEFENDANT DELL, INC.'S RESPONSE TO FIRST AMENDED COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Initial Case Management Conference:  8/31/07 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [] ORDER re TIMING OF RESP. TO FIRST
AMENDED COMPLAINT AND RESCHEDULING INITIAL CMC
Case No. C07-01700 (RMW)

22059\1320565.1

1  Pursuant to Local Rules 6-1, 6-2 and 7-12, Defendant Dell Inc. ("Dell") and Plaintiffs
2  Chad Brazil and Steven Seick ("Plaintiffs"), by and through their respective counsel, hereby
3  stipulate as follows:

4    1.    On August 3, 2007, the Court entered an order ("Arbitration Order") denying
5  Dell's motion to stay these proceedings and compel arbitration of Plaintiffs' claims.

6    2.    Pursuant to prior stipulation and Order of the Court, Dell's response to the First
7  Amended Complaint ("FAC") is due thirty days from the Arbitration Order. Thus, Dell's
8  response to the FAC is currently due on September 4, 2007.

9    3.    In addition, the Initial Case Management Conference ("CMC") in this matter is
10 currently set for August 31, 2007 at 10:30 a.m.

11    4.    Dell's counsel has informed Plaintiffs' counsel that Dell is considering various
12 options in light of the Court's Arbitration Order. To accommodate counsel's schedules and
13 promote efficiency, the parties have reached the following agreement which they ask the Court to
14 adopt by order set forth below.

15    a.    If Dell determines to respond to the FAC, either by answer or motion,
16 Dell's response date shall be extended by ten (10) days from September 4, 2007 to
17 September 14, 2007.

18    b.    If Dell determines instead to appeal from the Arbitration Order, and to seek
19 a stay of these proceedings pending that appeal, Dell shall do all of the following:

20    i.    Dell's San Francisco based counsel shall meet with Plaintiffs' San
21 Francisco based counsel in person to confer concerning the issues to be
22 raised by any such stay motion prior to the bringing of such motion;

23    ii.    Dell shall raise all such grounds for a stay in a single motion;

24    iii.    Dell will file its appeal and stay motion within the time limits for
25 appealing the Arbitration Order; and

26    iv.    Dell will not file a response on the merits to Plaintiffs' FAC but
27 will instead seek a further continuance of said response deadline until after
28 the Court has ruled on the stay motion, and Plaintiffs hereby agree that they

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND ORDER re TIMING OF RESP. TO FIRST
AMENDED COMPLAINT AND RESCHEDULING INITIAL - 2 -
CMC Case No. C07-01700 (RMW)

22059\1320565.1

will consent to any such continuance.

5. The parties request that the Court continue the CMC, currently scheduled for August 31, 2007, to September 28, 2007 to permit a fuller discussion of the issues in light of the uncertainties highlighted above.

IT IS SO STIPULATED.

I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained from counsel for plaintiffs.

DATED: August 20, 2007.                          FARELLA BRAUN & MARTEL LLP


                                                 By:_____/s/_____
                                                        C. Brandon Wisoff

                                                 Attorneys for Defendant
                                                 DELL INC.

DATED: August 20, 2007.                          LIEFF CABRASER HEIMANN & BERNSTEIN LLP


                                                 By:_____/s/_____
                                                        Michael W. Sobol

                                                 Attorneys for Plaintiffs
                                                 CHAD BRAZIL and STEVEN SEICK

## **ORDER**

For good cause shown, IT IS SO ORDERED. The Case Management Conference currently scheduled for August 31, 2007 at 10:30 a.m. is hereby continued to September 28, 2007, at 10:30 a.m.

Dated: August 20, 2007

*Ronald M. Whyte*
_____
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND ORDER re TIMING OF RESP. TO FIRST
AMENDED COMPLAINT AND RESCHEDULING INITIAL       - 3 -                              22059\1320565.1
CMC Case No. C07-01700 (RMW)