**E-FILED on**   09/15/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>DELL INC. and Does 1-10,<br><br>             Defendants. | No. C-07-01700 RMW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXPEDITED FURTHER CASE MANAGEMENT CONFERENCE<br><br>**[Re Docket No. 87]** |

    The court has reviewed defendant Dell Inc.'s motion for an expedited further case management conference and plaintiff's response thereto. It does appear that there is a fundamental disagreement between the parties over the scope of discovery that should be allowed at this time. The prior agreement between the parties as to the scope of discovery, which was adopted by the court, is technically still in effect, but is outdated and in need of revision. Therefore, the court orders that a further case management conference take place on Friday, September 26th at 10:30am.

    The parties are to meet and confer and submit a joint proposed discovery plan (with alternate paragraphs where they cannot agree) to the court by Wednesday, September 24th. The meet and

1  confer must be in person, and lead counsel for both parties must review and approve the proposed
2  discovery plan submitted.
3      Any not yet due discovery responses and any scheduled depositions will be deferred pending
4  the upcoming case management conference.

7  DATED:     09/15/08            /s/ Ronald M. Whyte
                                          RONALD M. WHYTE
8                                            United States District Judge

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Allison Stacy Elgart | aelgart@lchb.com |
| Michael W. Sobol | msobol@lchb.com |
| Daniel Morley Kekoa Hattis | dhattis@pariselaw.com |
| Angelo Salvatore Parise | parise@pariselaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Kim Brightwell | kbrightwell@reevesbrightwell.com |
| Cory Michelle Mason | cmason@fbm.com |
| Sinead O'Carroll | socarroll@reevesbrightwell.com |
| Paul Schlaud | pschlaud@reevesbrightwell.com |
| C. Brandon Wisoff | bwisoff@fbm.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 09/15/08

/s/ JAS
**Chambers of Judge Whyte**

ORDER GRANTING DEFENDANT'S MOTION FOR AN EXPEDITED FURTHER CASE MANAGEMENT CONFERENCE—No. C-07-01700 RMW
JAS                                     3