**E-FILED on** 10/23/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC. and Does 1-10,<br><br>Defendants. | No. C-07-01700 RMW<br><br>ORDER VACATING HEARING DATE |

Defendant Dell Inc.'s motion to dismiss and motion to strike, presently set for hearing on November 7, 2008 are hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 7, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:      10/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING DATE—No. C-07-01700 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Allison Stacy Elgart | aelgart@lchb.com |
| Michael W. Sobol | msobol@lchb.com |
| Daniel Morley Kekoa Hattis | dhattis@pariselaw.com |
| Angelo Salvatore Parise | parise@pariselaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Kim Brightwell | kbrightwell@reevesbrightwell.com |
| Cory Michelle Mason | cmason@fbm.com |
| Sinead O'Carroll | socarroll@reevesbrightwell.com |
| Paul Schlaud | pschlaud@reevesbrightwell.com |
| C. Brandon Wisoff | bwisoff@fbm.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/23/08                         /s/ JAS
                                      **Chambers of Judge Whyte**

ORDER VACATING HEARING DATE—No. C-07-01700 RMW
JAS                                      2