Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
Allison S. Elgart (State Bar No. 241901)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman (NY Bar No. RG 0998) (*Pro Hac Vice*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hattis (State Bar No. 232141)
Angelo Salvatore Parise (State Bar No. 165690)
LAW OFFICES OF ANGELO SALVATORE PARISE
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6660
Facsimile: (858) 674-6661

*Attorneys for Plaintiffs*

***E-FILED - 11/6/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC. and Does 1-10,<br><br>Defendant. | Case No. C-07-01700 RMW<br><br>**STIPULATED REQUEST FOR FURTHER CASE MANAGEMENT CONFERENCE AND ORDER** |

1   Pursuant to Local Rule 16-10(c), Plaintiffs Chad Brazil and Steven Seick ("Plaintiffs") request, with the consent of Defendant Dell Inc. ("Defendant"), that the Court vacate the current Case Management Conference set for November 7, 2008 and schedule a further Case Management Conference for 10:30 a.m., Friday, January 9, 2009.  As grounds therefore, Plaintiffs state as follows:

  1.   On September 26, 2008, during a previous Case Management Conference, the Court scheduled a further Case Management Conference for November 7, 2008, as the parties were going to be appearing in Court that day anyway for a hearing on a motion to dismiss filed by Dell.  The Court has since vacated the hearing on Dell's motion to dismiss, and both Plaintiffs and Dell agree that the CMC that was scheduled to be had along with the hearing on the motion to dismiss is not needed at this time.

  2.   Plaintiffs believe that the Court indicated its preference to hold a Case Management Conference subsequent to the hearing on Dell's motion to dismiss.  In vacating the November 7, 2008, hearing on Dell's motion, the Court indicated that if it is to hold a hearing on the motion it will do so on or after December 5, 2008.  Accordingly, Plaintiffs believe it is within the best interests for the fair adjudication of this matter for the Court to reschedule to the CMC that is currently scheduled for November 7, 2008 for some reasonable time after the Court anticipates holding a hearing on Dell's motion to dismiss.

  3.   Dell does not oppose Plaintiffs' request for a CMC.

Therefore, Plaintiffs request, with the consent of Dell, that the Court vacate the current Case Management Conference set for November 7, 2008 and schedule a further Case Management Conference for 10:30 a.m., Friday, January 9, 2009.

IT IS SO STIPULATED.

Dated:  November 4, 2008         LIEFF, CABRASER, HEIMANN &
                                 BERNSTEIN LLP

                          By:    /s/  Michael W. Sobol
                                 Michael W. Sobol
                                 Attorneys for Plaintiffs

1  Dated: November 4, 2008                    FARELLA BRAUN & MARTEL LLP

                                        By:    /s/ C. Brandon Wisoff
                                               C. Brandon Wisoff
                                               Attorneys for Defendant

## **ORDER**

For good cause shown and pursuant to stipulation, IT IS SO ORDERED.

Dated: __11/6_____, 2008

_____  for Judge
United States District Judge        Whyte