1   Douglas R. Young (State Bar No. 073248)
         dyoung@fbm.com
2   C. Brandon Wisoff (State Bar No. 121930)
         bwisoff@fbm.com
3   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA 94104
    Telephone: (415) 954-4400
5   Facsimile: (415) 954-4480

6   Kim E. Brightwell, Esq. (Texas SBN 02992700)
         *Pro Hac Vice*
7        kbrightwell@reevesbrightwell.com
    Paul Schlaud, Esq. (Texas SBN 24013469)
8        *Pro Hac Vice*
         pschlaud@reevesbrightwell.com
9   Sinead O'Carroll, Esq. (Texas SBN 24013253)
         *Pro Hac Vice*
10       socorrall@reevesbrightwell.com
    Reeves & Brightwell, LLP
11  221 West 6th Street, Suite 1000
    Austin, TX 78701-3410
12  Telephone: (512) 334-4500
    Facsimile: (512) 334-4492

13
    Attorneys for Defendant
14  DELL INC.

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18

19
    CHAD BRAZIL and STEVEN SEICK,            Case No. C07-01700 RMW
20  individually, and on behalf of all others
    similarly situated,                      **DEFENDANT DELL INC.'S ORIGINAL
21                                           ANSWER TO PLAINTIFFS' SECOND
                         Plaintiffs,         AMENDED CLASS ACTION COMPLAINT**
22
              vs.
23
    DELL INC.; and Does 1-10,
24
                         Defendants.
25

26
        Defendant Dell Inc. ("Dell") files this Original Answer and Defenses ("Answer") to
27
    Plaintiffs' Second Amended Class Action Complaint ("SAC").
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**                    22059\1777144.1

**RESPONSE TO "NATURE OF THE ACTION"**

1.      To the extent the first sentence of paragraph 1 contains allegations directed at Dell and requiring a responsive pleading, Dell admits that this purports to be a class action against Dell alleging false advertising.  Dell denies the allegations contained in the remaining sentences of paragraph 1, all of which are replete with allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

2.      Dell admits that it advertised various notebook and desktop computer models across a number of product lines on its Home & Home Office web pages and various notebook and desktop computer and server models across a number of product lines on its Small Business web pages on March 12, 2007, and denies the remaining allegations in paragraph 2.

3.      The first and second sentences of paragraph 3 contain legal conclusions to which no responsive pleading is required.  Should a response to these sentences be deemed required, Dell denies the allegations contained therein.  To the extent the third sentence of paragraph 3 contains allegations directed at Dell and requiring a responsive pleading, Dell admits that Plaintiffs, individually and on behalf of others similarly situated seek damages, disgorgement of profits, restitution, exemplary damages, and injunctive relief, but denies Dell engages in "rampant false advertising" and that there is any factual or legal basis for the relief that Plaintiffs seek.

**RESPONSE TO "THE PARTIES"**

4.      Paragraph 4 does not contain allegations directed at Dell, and therefore, no responsive pleading is required.  Should a responsive pleading be deemed required, Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in said paragraph.

5.      Paragraph 5 does not contain allegations directed at Dell, and therefore, no responsive pleading is required.  Should a responsive pleading be deemed required, Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in said paragraph.

6.      Dell admits the allegations contained in paragraph 6.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS        - 2 -
ACTION COMPLAINT / Case No. C07-01700 RMW**

22059\1777144.1

1    7.    Dell admits the allegations contained in the first three sentences of paragraph 7.

2    Dell denies the allegations in the fourth sentence of paragraph 7.

3    8.    Paragraph 8 does not contain allegations directed at Dell, and therefore, no

4    responsive pleading is required.  Should a responsive pleading be deemed required, Dell denies

5    knowledge or information sufficient to form a belief as to the truth or falsity of the information

6    contained in said paragraph.

7                    **RESPONSE TO "JURISDICTION AND VENUE"**

8    9.    While paragraph 9 contains legal conclusions to which no responsive pleading is

9    required, Dell admits that jurisdiction is proper in this Court.

10    10.    While paragraph 10 contains legal conclusions to which no responsive pleading is

11    required, Dell admits that this Court has personal jurisdiction over Dell, but denies that any

12    "wrongdoing" took place in this state.

13    11.    While paragraph 11 contains legal conclusions to which no responsive pleading is

14    required, Dell admits that venue is proper in this District.

15                    **RESPONSE TO "INTRADISTRICT ASSIGMENT"**

16    12.    Paragraph 12 does not contain allegations directed at Dell, and therefore, no

17    responsive pleading is required.  Should a responsive pleading be deemed required, Dell admits

18    that Plaintiffs seek reassignment to the San Jose Division of the Northern District of California,

19    but denies knowledge or information sufficient to form a belief as to the truth or falsity of the

20    remainder of the information contained in paragraph 12.

21                    **RESPONSE TO "FACTUAL BACKGROUND"**

22    13.    Dell admits the allegations contained in the first and second sentences of

23    paragraph 13.  Dell denies the allegations contained in the third sentence of paragraph 13.  Dell

24    admits that there are millions of visitors to each day.

25    14.    Dell admits the allegations contained in paragraph 14.

26    15.    Dell admits that it has approximately 30 percent of the personal computer market

27    share in the United States and that it had approximately $60 billion in sales in 2007.  Dell denies

28    the remaining allegations contained in paragraph 15.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS         - 3 -
ACTION COMPLAINT / Case No. C07-01700 RMW**

22059\1777144.1

16.    Dell denies the allegations contained in paragraph 16.

17.    Dell denies the allegations contained in paragraph 17.

**False Discounts From Former Prices**

18.    Dell denies the allegations contained in paragraph 18.

19.    Paragraph 19 does not contain allegations directed at Dell, and therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies that the false former pricing schemes described by the Federal Trade Commission ("FTC") in 16 C.F.R. § 233.1 "are similar to Dell's in all material respects," but admits that 16 C.F.R. § 233.1 contains the language quoted in this paragraph.

20.    Paragraph 20 does not contain allegations directed at Dell, and therefore, no responsive pleading is required.  Should a response be deemed required, Dell admits that Texas Business and Commerce Code section 17.46(b)(11) contains the quoted language.

21.    Dell admits that it has advertised prices in red or green lettering and used strike-through pricing treatment.  Dell also admits that during the online shopping process purchasers use a virtual shopping cart.  Dell denies the remaining allegations contained in paragraph 21, all of which are replete with allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

22.    Dell denies the allegations contained in paragraph 22.

23.    Dell denies the allegations contained in paragraph 23.

24.    Dell admits that Exhibit A exists and that it appears to contain screen shots from Dell's website, but denies Plaintiffs' characterization of the screen shots, and denies knowledge or information sufficient to form a belief as to the truth or falsity of whether the screen shots were actually taken from Dell's website on January 26 and 27, 2007, as Dell does not have access to snapshots of its website pages from those dates.  Dell admits that Exhibit B purports to be a chart representing the price history of a Dimension C521 computer, but denies Plaintiffs' characterization of the pricing history incorporated in that chart.  Dell denies Plaintiffs' characterization of Dell's advertisements and respectfully refers the Court to the advertisements themselves.  Dell denies the remaining allegations in paragraph 24, all of which are replete with

**DEFENDANT DELL INC'S ORIGINAL ANSWER TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT / Case No. C07-01700 RMW**

- 4 -

22059\1777144.1

allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

25.     Dell admits that Exhibit C exists and that it is a true and correct copy of the September 15, 2006 Dell advertisement in the San Diego Union Tribute with certain portions enlarged and highlighted, but denies Plaintiffs' characterization of that advertisement and respectfully refers the Court to the document itself.  Dell denies Plaintiffs' characterization of the other Dell advertising referenced in paragraph 25 and respectfully refers the Court to the advertisements themselves.  Dell denies the remaining allegations in paragraph 25, all of which are replete with allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

26.     Dell denies the allegation contained in paragraph 26, all of which are replete with allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

27.     Dell admits that it has referenced a "Starting Price" and "Instant Savings" for some products on its website.  Dell denies the remaining allegations contained in paragraph 27, all of which are replete with allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

28.     Dell admits that it has referenced a "Starting Price" for some products on its website. Dell denies the remaining allegations contained in paragraph 28, all of which are replete with allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

29.     Dell admits that Exhibit D exists and that it appears to contain screen shots from Dell's website, but denies Plaintiffs' characterization of the screen shots, and denies knowledge or information sufficient to form a belief as to the truth or falsity of whether the screen shots were actually taken from Dell's website on November 9 and 10, 2007, as Dell does not have access to snapshots of its website pages from those dates.  Dell admits that Exhibit E purports to be a chart representing the price history of an Inspiron 530s computer, but denies Plaintiffs' characterization of the pricing history incorporated in that chart.  Dell denies Plaintiffs' characterization of Dell's

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**                - 5 -                          22059\1777144.1

1   advertisements and respectfully refers the Court to the advertisements themselves. Dell denies

2   the remaining allegations in paragraph 29, all of which are replete with allegations that Dell made

3   false representations regarding its pricing, and specifically denies that Dell has engaged in any

4   false or misleading advertising practices.

5       30.    Dell denies the allegations contained in paragraph 30.

6       31.    The first, third, and fourth sentences of paragraph 31 contain legal conclusions to

7   which no responsive pleading is required. Should a response to these sentences be deemed

8   required, Dell denies the allegations contained therein. Dell denies the allegations contained in

9   the second sentence of paragraph 31.

10  **False Free Offers**

11      32.    Dell denies the allegations contained in the first and second sentences of

12  paragraph 32. The third sentence of paragraph 32 contains legal conclusions to which no

13  responsive pleading is required. Should a response to this sentence be deemed required, Dell

14  denies the allegations contained therein.

15      33.    Paragraph 33 does not contain allegations directed at Dell, and therefore, no

16  responsive pleading is required. Should a response be deemed required, Dell admits that 16

17  C.F.R. § 251.1(b)(1) contains the quoted language.

18      34.    Dell admits that Exhibit F exists and that it appears to contain screen shots from

19  Dell's website, but denies Plaintiffs' characterization of the screen shots, and denies knowledge

20  or information sufficient to form a belief as to the truth or falsity of whether the screen shots were

21  actually taken from Dell's website on March 22 and 23, 2006, as Dell does not have access to

22  snapshots of its website pages from those dates. Dell denies Plaintiffs' characterization of Dell's

23  advertisements and respectfully refers the Court to the advertisements themselves. Dell denies

24  the remaining allegations in paragraph 34, all of which are replete with allegations that Dell made

25  false representations regarding its pricing, and specifically denies that Dell has engaged in any

26  false or misleading advertising practices.

27      35.    Dell denies the allegations contained in paragraph 35.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS          - 6 -
ACTION COMPLAINT / Case No. C07-01700 RMW**                    22059\1777144.1

36.     Paragraph 36 does not contain allegations directed at Dell, and therefore, no responsive pleading is required.  Should a response be deemed required, Dell admits that 16 C.F.R. § 251.1(h) contains the quoted language.

37.     Paragraph 37 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

38.     Dell denies the allegations contained in paragraph 38.

39.     Paragraph 39 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

**False Rebate Discounts**

40.     Dell admits that it has advertised mail-in rebates for certain products, but denies the remaining allegations contained in the first, third, and fourth sentences of paragraph 40.  The second and fifth sentences of paragraph 40 contain legal conclusions to which no responsive pleading is required.  Should a response to these sentences be deemed required, Dell denies the allegations contained therein.

41.     Dell admits that Exhibit F exists and that it appears to contain screen shots from Dell's website, but denies Plaintiffs' characterization of the screen shots, and denies knowledge or information sufficient to form a belief as to the truth or falsity of whether the screen shots were actually taken from Dell's website on June 7 and 8, 2006, as Dell does not have access to snapshots of its website pages from those dates.  Dell denies Plaintiffs' characterization of Dell's advertisements and respectfully refers the Court to the advertisements themselves.  Dell denies the remaining allegations in paragraph 41, all of which are replete with allegations that Dell made false representations regarding its pricing, and specifically denies that Dell has engaged in any false or misleading advertising practices.

42.     Dell denies the allegations contained in paragraph 42.

43.     Paragraph 43 contains legal conclusions to which no responsive pleading is required.  Should a response to these sentences be deemed required, Dell denies the allegations contained therein.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**     - 7 -     22059\1777144.1

1    **<u>Other and Related False and Misleading Advertising Practices</u>**

2        44.     Dell denies the allegations contained in paragraph 44.

3        45.     Dell denies the allegations contained in paragraph 45.

4        46.     Dell admits that Exhibit G exists and purports to be a chart representing the

5    advertising history of an Optiplex 320 computer, but denies Plaintiffs' characterization of the

6    advertising history incorporated in that chart.  Dell denies Plaintiffs' characterization of Dell's

7    advertisements and respectfully refers the Court to the advertisements themselves.  Dell denies

8    the remaining allegations in paragraph 46, all of which are replete with allegations that Dell made

9    false representations regarding its pricing, and specifically denies that Dell has engaged in any

10   false or misleading advertising practices.

11       47.     Dell admits that Exhibit H exists and purports to be a chart representing the

12   advertising history of a Dimension E310 computer, but denies Plaintiffs' characterization of the

13   advertising history incorporated in that chart.  Dell denies Plaintiffs' characterization of Dell's

14   advertisements and respectfully refers the Court to the advertisements themselves.  Dell denies

15   the remaining allegations in paragraph 47, all of which are replete with allegations that Dell made

16   false representations regarding its pricing, and specifically denies that Dell has engaged in any

17   false or misleading advertising practices.

18       48.     Dell denies the allegations contained in paragraph 48.

19       49.     Paragraph 49 contains legal conclusions to which no responsive pleading is

20   required.  Should a response be deemed required, Dell denies the allegations contained therein.

21       50.     Dell denies the allegations contained in paragraph 50.

22       51.     Paragraph 51 contains legal conclusions to which no responsive pleading is

23   required.  Should a response be deemed required Dell denies the allegations contained in

24   paragraph 51.

25       52.     Paragraph 52 contains legal conclusions to which no responsive pleading is

26   required.  Should a response be deemed required, Dell denies the allegations contained therein.

27       53.     Paragraph 53 contains legal conclusions to which no responsive pleading is

28   required.  Should a response be deemed required, Dell denies the allegations contained therein.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS**     - 8 -
**ACTION COMPLAINT / Case No. C07-01700 RMW**

22059\1777144.1

54.    Dell denies the allegations contained in paragraph 54.

55.    Paragraph 55 does not contain allegations directed at Dell, and therefore, no responsive pleading is required.  Should a responsive pleading be deemed required to these sentences, Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in these sentences, and further denies any suggestion of false or misleading conduct on its part.

56.    Paragraph 56 contains legal conclusions to which no responsive pleading is required.  Should a response to these sentences be deemed required, Dell denies the allegations contained therein.

57.    The first sentence of paragraph 57 contains legal conclusions to which no responsive pleading is required.  Should a response to these sentences be deemed required, Dell denies the allegations contained therein.  Dell denies the allegations contained in the second and third sentences of paragraph 57.

58.    Dell denies the allegations contained in the first and second sentences of paragraph 58.  The third sentence of paragraph 58 contains legal conclusions and allegations not directed at Dell, and therefore, no responsive pleading is required to this sentence.  Should a responsive pleading be deemed required to this sentence, Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the information contained in this sentence, and further denies any suggestion of false or misleading conduct on its part. The fourth sentence of paragraph 58 contains legal conclusions to which no responsive pleading is required.  Should a response to this sentence be deemed required, Dell denies the allegations contained therein.

59.    Dell denies the allegations contained in the first, third, and fourth sentences of paragraph 59.  The second and fifth sentences of paragraph 59 contain legal conclusions to which no responsive pleading is required.  Should a response to these sentences be deemed required, Dell denies the allegations contained therein.

60.    Paragraph 60 does not contain allegations directed at Dell, and therefore, no responsive pleading is required.  Should a response to these sentences be deemed required, Dell admits that Plaintiffs initially brought their claims under California law, that the Court ruled

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**

- 9 -

22059\1777144.1

1  Plaintiffs must state their claims under Texas law, and that Plaintiffs now allege their claims

2  under Texas law.  Dell denies knowledge or information sufficient to form a belief as to the truth

3  or falsity of the remainder of information contained in paragraph 60.

4      61.    Paragraph 61 contains legal conclusions to which no responsive pleading is

5  required.  Should a response to these sentences be deemed required, Dell denies the allegations

6  contained therein.

7              **RESPONSE TO "PLAINTIFF STEVEN SEICK"**

8      62.    Paragraph 62 does not contain allegations directed at Dell, and therefore, no

9  responsive pleading is required.  Should a responsive pleading be deemed required, Dell denies

10  knowledge or information sufficient to form a belief as to the truth or falsity of the information

11  contained therein.

12      63.    Dell admits the allegations contained in the first sentence of paragraph 63.  With

13  respect to the second sentence of paragraph 63, Dell admits that Mr. Seick's Dell

14  Dimension B110 was purchased via Dell's website, denies that any of its web pages "advertised

15  false discounts and false regular prices for the Dimension computer," and denies knowledge or

16  information sufficient to form a belief as to the truth or falsity of the remaining information

17  contained in this sentence.

18      64.    With respect to the allegations contained in the first, fifth, and sixth sentences of

19  paragraph 64, Dell admits that Exhibit I exists and appears to contain screen shots from Dell's

20  website, but denies knowledge or information sufficient to form a belief as to the truth or falsity

21  of whether the screen shots were actually taken from Dell's website on June 15, 2006, as Dell

22  does not have access to snapshots of its website pages from those dates.  Dell denies Plaintiffs'

23  characterization of the screen shots and respectfully refers the Court to the screen shots

24  themselves.  Dell further denies the remaining allegations in the first, fifth, and sixth sentences,

25  and specifically denies that Dell has engaged in any false or misleading conduct.  The second,

26  third, and fourth sentences of paragraph 64 do not contain allegations directed at Dell, and

27  therefore, no responsive pleading is required.  Should a responsive pleading be deemed required,

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**                - 10 -                22059\1777144.1

1    Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the

2    information contained therein.

3         65.    With respect to the first sentence of paragraph 65, the allegation that Mr. Seick

4    relied on certain representations is not directed at Dell and therefore, no responsive pleading is

5    required.  Should a responsive pleading be deemed required, Dell denies knowledge or

6    information sufficient to form a belief as to the truth or falsity of that information.  Dell admits

7    that Mr. Seick made an online purchase of a Dimension B110 computer from Dell, paying $299

8    plus an additional amount for his selected upgrades and add-ons.  With respect to the second and

9    third sentences of paragraph 65, Dell admits that the email marked as Exhibit J exists and appears

10    to have been sent by Dell, but asserts that the email speaks for itself.

11         66.    To the extent the first sentence of paragraph 66 contains allegations directed at

12    Dell requiring a responsive pleading, Dell admits that Mr. Seick purchased a Dimension B110

13    computer from Dell paying $299 plus an additional amount for his selected upgrades and add-ons

14    on June 15, 2006, denies that Dell made any misrepresentations regarding the price of that

15    computer, and denies knowledge or information sufficient to form a belief as to the truth or falsity

16    of the remainder of the information contained in that sentence.  Dell denies the allegations

17    contained in the second sentence of paragraph 66.

18         67.    Dell admits that Exhibit K exists and purports to be a chart representing the pricing

19    history of a Dimension B110 computer, but denies Plaintiffs' characterization of the pricing

20    history incorporated in that chart.  Dell denies the remaining allegations in paragraph 67, all of

21    which are replete with allegations that Dell made false representations regarding its pricing, and

22    specifically denies that Dell has engaged in any false or misleading advertising practices.

23         68.    Dell denies the allegations contained in paragraph 68.

24         69.    Dell denies the allegations contained in paragraph 69.

25         70.    Dell denies the allegations contained in paragraph 70.

26         **RESPONSE TO "PLAINTIFF CHAD BRAZIL"**

27         71.    Dell admits the allegations contained in the first sentence of paragraph 71.  With

28    respect to the second sentence of paragraph 71, Dell admits that Mr. Brazil's Dell Inspiron E1505

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**

- 11 -

22059\1777144.1

1    was purchased via Dell's website, denies that any of its web pages "advertised false discounts and

2    false regular prices for the Inspiron Notebook," and denies knowledge or information sufficient to

3    form a belief as to the truth or falsity of the remaining information contained in this sentence.

4        72.    With respect to the allegations contained in the first, fifth, and sixth sentences of

5    paragraph 72, Dell admits that Exhibit L exists and appears to contain screen shots from Dell's

6    website, but denies knowledge or information sufficient to form a belief as to the truth or falsity

7    of whether the screen shots were actually taken from Dell's website on December 15, 2006, as

8    Dell does not have access to snapshots of its website pages from those dates.  Dell denies

9    Plaintiffs' characterization of the screen shots and respectfully refers the Court to the screen shots

10   themselves.  Dell further denies the remaining allegations in the first, fifth, and sixth sentences,

11   and specifically denies that Dell has engaged in any false or misleading conduct.  The second,

12   third, and fourth sentences of paragraph 72 do not contain allegations directed at Dell, and

13   therefore, no responsive pleading is required.  Should a responsive pleading be deemed required,

14   Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the

15   information contained therein.

16       73.    With respect to the first sentence of paragraph 73, the allegation that Mr. Brazil

17   relied on certain representations is not directed at Dell and therefore, no responsive pleading is

18   required.  Should a responsive pleading be deemed required, Dell denies knowledge or

19   information sufficient to form a belief as to the truth or falsity of that information.  Dell admits

20   that Mr. Brazil made an online purchase of an Inspiron E1505 computer from Dell, paying $1,199

21   plus an additional amount for his selected upgrades and add-ons.  With respect to the allegations

22   contained in the second and third sentences of paragraph 73, Dell admits that the email marked as

23   Exhibit M exists and appears to have been sent by Dell, but asserts that the email speaks for itself.

24       74.    To the extent the first sentence of paragraph 74 contains allegations directed at

25   Dell requiring a responsive pleading, Dell admits that Mr. Brazil purchased an Inspiron E1505

26   computer from Dell paying $1,199 plus an additional amount for his selected upgrades and add-

27   ons on December 15, 2006, denies that Dell made any misrepresentations regarding the price of

28   that computer, and denies knowledge or information sufficient to form a belief as to the truth or

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**

- 12 -

22059\1777144.1

1    falsity of the remainder of the information contained in that sentence.  Dell admits Exhibit N

2    exists and purports to be a chart representing the pricing history of an Inspiron E1505 computer,

3    but denies Plaintiffs' characterization of the pricing history incorporated in that chart.  Dell denies

4    Plaintiffs' characterization of Dell's advertisements and respectfully refers the Court to the

5    advertisements themselves.  Dell denies the remaining allegations in paragraph 74, all of which

6    are replete with allegations that Dell made false representations regarding its pricing, and

7    specifically denies that Dell has engaged in any false or misleading advertising practices.

8        75.    Dell denies the allegations contained in paragraph 75.

9        76.    Dell denies the allegations contained in paragraph 76.

10       77.    Dell denies the allegations contained in paragraph 77.

11                    **RESPONSE TO "CLASS ACTION ALLEGATIONS"**

12       78.    Paragraph 78 does not contain allegations directed at Dell, and therefore no

13   responsive pleading is required.  Should a response be deemed required, Dell admits that

14   Plaintiffs purport to bring this action pursuant to Rule 23 of the Federal Rules of Civil Procedure,

15   on behalf of themselves and others similarly situated, and that the class is defined as stated.

16       79.    Paragraph 79 does not contain allegations directed at Dell, and therefore no

17   responsive pleading is required.  Should a response be deemed required, Dell admits that stated

18   groups of persons are excluded from the class definition.

19       80.    Paragraph 80 contains legal conclusions to which no responsive pleading is

20   required.  Should a response be deemed required, Dell denies the allegations contained therein.

21       81.    Paragraph 81 contains legal conclusions to which no responsive pleading is

22   required.  Should a response be deemed required, Dell denies the allegations contained therein.

23       82.    Paragraph 82 contains legal conclusions to which no responsive pleading is

24   required.  Should a response be deemed required, Dell denies the allegations contained therein.

25       83.    Paragraph 83 contains legal conclusions to which no responsive pleading is

26   required.  Should a response be deemed required, Dell denies the allegations contained therein.

27       84.    Paragraph 84 contains legal conclusions to which no responsive pleading is

28   required.  Should a response be deemed required, Dell denies the allegations contained therein.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**     - 13 -     22059\1777144.1

85.     Paragraph 85 contains legal conclusions to which no responsive pleading is required.  Should a response to be deemed required, Dell denies the allegations contained therein.

86.     Paragraph 86 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

## RESPONSE TO "CAUSES OF ACTION"

## RESPONSE TO "FIRST CAUSE OF ACTION"
### (Breach of Contract)

87.     With respect to the allegations contained in preceding sections of the SAC, Dell repeats and realleges each and every admission, denial, and statement contained in this Answer with the same force and effect as though set forth here in full.  In addition, Dell admits that Plaintiffs purport to incorporate by reference the allegations contained in the preceding paragraphs of the SAC.

88.     Dell admits the allegations contained in paragraph 88.

89.     Paragraph 89 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

90.     Dell admits that Plaintiffs and proposed class members entered into contracts with Dell for the sale of computer products, but denies Plaintiffs' characterization of those contracts.

91.     Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 91.

92.     Paragraph 92 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

93.     Paragraph 93 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

94.     The first sentence of paragraph 94 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.  Dell denies the allegations in the second sentence of paragraph 94.

95.     Paragraph 95 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**                - 14 -                22059\1777144.1

1      96.    The first sentence of paragraph 96 contains legal conclusions to which no

2   responsive pleading is required.  Should a response be deemed required, Dell denies the

3   allegations contained therein.  Dell denies the allegations in the second sentence of paragraph 96.

4      97.    Paragraph 97 contains legal conclusions to which no responsive pleading is

5   required.  Should a response be deemed required, Dell denies the allegations contained therein.

6
                    **RESPONSE TO "SECOND CAUSE OF ACTION"**
7                          **(Negligent Misrepresentation)**

8      98.    With respect to the allegations contained in preceding sections of the SAC, Dell

9   repeats and realleges each and every admission, denial, and statement contained in this Answer

10   with the same force and effect as though set forth here in full.  In addition, Dell admits that

11   Plaintiffs purport to incorporate by reference the allegations contained in the preceding

12   paragraphs of the SAC.

13      99.    Dell denies the allegations contained in paragraph 99.

14      100.    Dell denies the allegations contained in paragraph 100.

15      101.    Dell denies the allegations contained in paragraph 101.

16      102.    Paragraph 102 contains legal conclusions to which no responsive pleading is

17   required.  Should a response be deemed required, Dell denies the allegations contained therein.

18      103.    Dell denies the allegations contained in paragraph 103.

19      104.    Paragraph 104 contains legal conclusions to which no responsive pleading is

20   required.  Should a response be deemed required, Dell denies the allegations contained therein.

21      105.    Paragraph 105 contains legal conclusions to which no responsive pleading is

22   required.  Should a response be deemed required, Dell denies the allegations contained therein.

23      106.    Paragraph 106 contains legal conclusions and allegations not directed at Dell, and

24   therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies

25   that it made any "false representations," denies that any reliance was reasonable or justifiable, and

26   denies knowledge or information sufficient to form a belief as to the truth or falsity of the

27   remainder of the information contained in that paragraph.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS          - 15 -
ACTION COMPLAINT / Case No. C07-01700 RMW**                                22059\1777144.1

107.    Paragraph 107 contains allegations not directed at Dell, and therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies that it made any "false representations," and denies knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of the information contained in that paragraph.

108.    Paragraph 108 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

109.    Paragraph 109 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

**RESPONSE TO "THIRD CAUSE OF ACTION"**
**(Intentional Misrepresentation/Fraud)**

110.    With respect to the allegations contained in preceding sections of the SAC, Dell repeats and realleges each and every admission, denial, and statement contained in this Answer with the same force and effect as though set forth here in full.  In addition, Dell admits that Plaintiffs purport to incorporate by reference the allegations contained in the preceding paragraphs of the SAC.

111.    Dell denies the allegations contained in paragraph 111.

112.    Paragraph 112 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

113.    Dell denies the allegations contained in paragraph 113.

114.    Dell denies the allegations contained in paragraph 114.

115.    Paragraph 115 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

116.    Paragraph 116 contains legal conclusions and allegations not directed at Dell, and therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies that it made any "intentional misrepresentations," denies that any reliance was reasonable or justifiable, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of the information contained in that paragraph.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**

- 16 -

22059\1777144.1

1    117.    Paragraph 117 contains allegations not directed at Dell, and therefore, no

2    responsive pleading is required.  Should a response be deemed required, Dell denies that it made

3    any "intentional misrepresentations," and denies knowledge or information sufficient to form a

4    belief as to the truth or falsity of the remainder of the information contained in that paragraph.

5    118.    Paragraph 118 contains legal conclusions to which no responsive pleading is

6    required.  Should a response be deemed required, Dell denies the allegations contained therein.

7    119.    Paragraph 119 contains legal conclusions to which no responsive pleading is

8    required.  Should a response be deemed required, Dell denies the allegations contained therein.

9    120.    Paragraph 120 contains legal conclusions to which no responsive pleading is

10    required.  Should a response be deemed required, Dell denies the allegations contained therein.

11
## RESPONSE TO "FOURTH CAUSE OF ACTION"
### (False Promise/Fraud)
12

13    121.    With respect to the allegations contained in preceding sections of the SAC, Dell

14    repeats and realleges each and every admission, denial, and statement contained in this Answer

15    with the same force and effect as though set forth here in full.  In addition, Dell admits that

16    Plaintiffs purport to incorporate by reference the allegations contained in the preceding

17    paragraphs of the SAC.

18    122.    Dell denies the allegations contained in paragraph 122.

19    123.    Dell denies the allegations contained in paragraph 123.

20    124.    Paragraph 124 contains legal conclusions to which no responsive pleading is

21    required.  Should a response be deemed required, Dell denies the allegations contained therein.

22    125.    Dell denies the allegations contained in paragraph 125.

23    126.    Paragraph 126 contains legal conclusions to which no responsive pleading is

24    required.  Should a response be deemed required, Dell denies the allegations contained therein.

25    127.    Paragraph 127 contains legal conclusions and allegations not directed at Dell, and

26    therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies

27    that it made any "false promises," denies that any reliance was reasonable or justifiable, and

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**          - 17 -          22059\1777144.1

1    denies knowledge or information sufficient to form a belief as to the truth or falsity of the

2    remainder of the information contained in that paragraph.

3         128.    Paragraph 128 contains allegations not directed at Dell, and therefore, no

4    responsive pleading is required.  Should a response be deemed required, Dell denies that it made

5    any "false promises," and denies knowledge or information sufficient to form a belief as to the

6    truth or falsity of the remainder of the information contained in that paragraph.

7         129.    Paragraph 129 contains legal conclusions to which no responsive pleading is

8    required.  Should a response be deemed required, Dell denies the allegations contained therein.

9         130.    Paragraph 130 contains legal conclusions to which no responsive pleading is

10   required.  Should a response be deemed required, Dell denies the allegations contained therein.

11        131.    Paragraph 131 contains legal conclusions to which no responsive pleading is

12   required.  Should a response be deemed required, Dell denies the allegations contained therein.

13            <u>**RESPONSE TO "FIFTH CAUSE OF ACTION"**</u>
                         **(Unjust Enrichment)**
14

15        132.    With respect to the allegations contained in preceding sections of the SAC, Dell

16   repeats and realleges each and every admission, denial, and statement contained in this Answer

17   with the same force and effect as though set forth here in full.  In addition, Dell admits that

18   Plaintiffs purport to incorporate by reference the allegations contained in the preceding

19   paragraphs of the SAC.

20        133.    Paragraph 133 contains legal conclusions and allegations not directed at Dell, and

21   therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies

22   knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiffs' alleged

23   reliance, and denies each and every other allegation contained in paragraph 133.

24        134.    Paragraph 134 contains legal conclusions and allegations not directed at Dell, and

25   therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies

26   knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiffs' alleged

27   reliance, and denies each and every other allegation contained in paragraph 134.

28        135.    Dell denies the allegations contained in paragraph 135.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS       - 18 -
ACTION COMPLAINT / Case No. C07-01700 RMW**                                            22059\1777144.1

136.    Paragraph 136 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

137.    Paragraph 137 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

138.    Paragraph 138 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

## RESPONSE TO "SIXTH CAUSE OF ACTION"
### (Restitution)

139.    With respect to the allegations contained in preceding sections of the SAC, Dell repeats and realleges each and every admission, denial, and statement contained in this Answer with the same force and effect as though set forth here in full.  In addition, Dell admits that Plaintiffs purport to incorporate by reference the allegations contained in the preceding paragraphs of the SAC.

140.    Paragraph 140 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

141.    Paragraph 141 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

142.    Paragraph 142 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

## RESPONSE TO "SEVENTH CAUSE OF ACTION"
### (Texas Bus. & Com. Code §§ 17.41, et seq.)

143.    With respect to the allegations contained in preceding sections of the SAC, Dell repeats and realleges each and every admission, denial, and statement contained in this Answer with the same force and effect as though set forth here in full.  In addition, Dell admits that Plaintiffs purport to incorporate by reference the allegations contained in the preceding paragraphs of the SAC.

144.    Dell denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 144.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS          - 19 -
ACTION COMPLAINT / Case No. C07-01700 RMW                                    22059\1777144.1

145.    Paragraph 145 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

146.    Paragraph 146 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

147.    Paragraph 147 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

148.    Dell denies the allegations contained in paragraph 148.

149.    Paragraph 149 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

150.    Paragraph 150 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

151.    Paragraph 151 contains legal conclusions and allegations not directed at Dell, and therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies that it made any "false representations," denies that any reliance was reasonable or justifiable, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of the information contained in that paragraph.

152.    Paragraph 152 contains legal conclusions and allegations not directed at Dell, and therefore, no responsive pleading is required.  Should a response be deemed required, Dell denies that it made any "false representations," denies that any reliance was reasonable or justifiable, and denies knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of the information contained in that paragraph.

153.    Paragraph 153 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

154.    Paragraph 154 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the allegations contained therein.

155.    The first, second, and fourth sentences Paragraph 155 contains legal conclusions to which no responsive pleading is required.  Should a response be deemed required, Dell denies the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFENDANT DELL INC'S ORIGINAL ANSWER TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT / Case No. C07-01700 RMW          - 20 -          22059\1777144.1

1    allegations contained therein.  Dell denies the allegations contained in the third sentence of

2    paragraph 155.

3          156.    Paragraph 156 contains legal conclusions to which no responsive pleading is

4    required.  Should a response be deemed required, Dell admits that it received the notice in

5    Exhibit O on or about March 28, 2007.  Whether the notice is sufficient or whether the conduct is

6    the same are legal conclusions for the Court to determine.

7                         **RESPONSE TO "PRAYER FOR RELIEF"**

8          157.    The Prayer for Relief contained on page 35 of Plaintiffs' SAC is not an allegation

9    and therefore no responsive pleading is required.  Should a response be deemed required, Dell

10   denies the allegations contained in said Prayer, including subparts A through H, except admits

11   that Plaintiffs purport to seek damages, but denies that there is any legal or factual basis for such

12   relief.

13                         **RESPONSE TO "JURY DEMAND"**

14         158.    The Jury Demand contained on page 35 of Plaintiffs' SAC is not an allegation and

15   therefore no responsive pleading is required.  Should a response be deemed required, Dell admits

16   that Plaintiffs demand a jury trial for all issues triable under the law.

17                              **AFFIRMATIVE DEFENSES**

18         The following affirmative defenses bar the claims of the named Plaintiffs and/or putative

19   class members:

20         1.    Plaintiffs' SAC, and each and every claim for relief therein, fails to state a claim

21   upon which relief can be granted.

22         2.    Plaintiffs lack standing to bring their claims.

23         3.    The claims asserted in the SAC are barred by the applicable statutes of limitation,

24   including, but not limited to Texas Civil Practice and Remedies Code sections 16.003, 16.004,

25   and 16.051 and Texas Business and Commerce Code section 17.565.

26         4.    Plaintiffs' claims are subject to a binding agreement to arbitrate under the

27   applicable Terms and Conditions of Sale.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS          - 21 -                                    22059\1777144.1
ACTION COMPLAINT / Case No. C07-01700 RMW**

1        5.      Plaintiffs' claims are barred due to Plaintiffs' lack of reliance and/or lack of

2 reasonable or justifiable reliance upon any alleged action or representation by Dell.

3        6.      Plaintiffs' claims are barred by the applicable Terms and Conditions of Sale.

4        7.      Plaintiffs' damages, if any, in this case are limited to those contractually agreed to

5 in  the applicable Terms and Conditions of Sale.

6        8.      Plaintiffs' ability to recover for any injuries or losses is limited in whole or in part

7 by their failure to mitigate their alleged damages.

8        9.      Plaintiffs claims are barred for failure of consideration.

9        10.     Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

10       11.     Plaintiffs' claims are barred by the doctrine of ratification.

11       12.     Plaintiffs' claims are barred by the doctrine of estoppel.

12       13.     Plaintiffs' claims are barred by the doctrine waiver.

13       14.     Plaintiffs' claims are barred by the doctrine of laches.

14       15.     Plaintiffs' claims have been released.

15       16.     No threat of harm exists to support a claim for injunctive relief.

16       17.     Any claims for exemplary damages are limited by section 41.008 of the Texas

17 Civil Practice and Remedies Code to two times the amount of actual damages or $200,000,

18 whichever is greater.  Dell asserts all other defenses and limitations on exemplary damages

19 contained in Chapter 41 of the Texas Civil Practice and Remedies Code.

20       18.     Dell asserts that the determination of the amount of exemplary damages, if any,

21 shall be bifurcated from the remaining issues pursuant to *Transportation Ins. Co. v. Moriel*, 879

22 S.W.2d 10 (1994).

23       19.     Plaintiffs are not entitled to recover exemplary or punitive damages because, to the

24 extent that Plaintiffs seek exemplary damages for an alleged act of Dell, no act was malicious,

25 willful, wanton, reckless, or grossly negligent, and, therefore, any award of punitive damages is

26 barred.

27       20.     Dell hereby gives notice that it intends to rely upon such other defenses as may

28 become available or appear during discovery proceedings in this case and hereby reserves the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT / Case No. C07-01700 RMW**     - 22 -     22059\1777144.1

1  right to amend and/or supplement this Answer to assert any such defense at a future time and in

2  conformity with the Federal Rules of Civil Procedure.

3  **PRAYER**

4  WHEREFORE Defendant Dell Inc. prays that the relief requested by Plaintiffs be denied

5  and that judgment be entered against Plaintiffs.

6

7  Dated:  December 2, 2008                           FARELLA BRAUN & MARTEL LLP

8

9  By:  /s/_____

10  C. Brandon Wisoff
    235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
11  Telephone:  (415) 954-4400
    Facsimile:  (415) 954-4480
12  Email:

13

14  REEVES & BRIGHTWELL LLP
    Kim Brightwell
15  Paul Schlaud
    Sinead O'Carroll
16  221 West 6th Street, Suite 1000
    Austin TX  78701
17  Telephone:  (512) 334-4500
    Facsimile:  (512) 334-4492
18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT DELL INC'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED CLASS         - 23 -                               22059\1777144.1
ACTION COMPLAINT / Case No. C07-01700 RMW**