Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
Allison S. Elgart (State Bar No. 241901)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman (NY Bar No. RG 0998) (Pro Hac Vice)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hattis (State Bar No. 232141)
Angelo Salvatore Parise (State Bar No. 165690)
LAW OFFICES OF ANGELO SALVATORE PARISE
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6660
Facsimile: (858) 674-6661

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC. and Does 1-10,<br><br>Defendant. | Case No. C-07-01700 RMW<br><br>**DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DESIGNATION AS LEAD COUNSEL [REDACTED]**<br><br>Date: September 25, 2009<br>Time: 9:00 a.m.<br>Dept.: 6<br>Judge: Hon. Ronald M. Whyte |

I, Michael W. Sobol, declare and state:

1. I am a member in good standing of the California State Bar, a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), and counsel for plaintiffs in this action. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. I am one of the attorneys representing plaintiffs in their action against Dell, Inc. ("Dell"). On behalf of a California class of consumers, plaintiffs seek certification of claims arising from Dell's false and deceptive advertising scheme that includes false discounts from false former prices, false rebate discounts, and false "free" upgrades. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

3. I am a 1989 graduate of Boston University School of Law. I practiced law in Massachusetts from 1989 to 1997. From 1995 through 1997, I was a Lecturer in Law at Boston University School of Law. In 1997, I left my position as partner in the Boston firm of Shafner, Gilleran & Mortensen, P.C. to move to San Francisco where I joined LCHB. Since joining LCHB in 1997 I have almost exclusively represented plaintiffs in consumer protection class actions. I have been a partner with LCHB since 1999. I am in my eighth year as chair of LCHB's consumer practice group, and as such am involved in and oversee a wide range of consumer protection litigation. I have served as plaintiffs' class counsel in numerous nationwide consumer class action cases.

4. Lieff Cabraser Heimann & Bernstein, LLP, is one of the oldest, largest, most respected, and most successful law firms in the country representing plaintiffs in class actions, and brings to the table a wealth of class action experience. LCHB has been repeatedly recognized as one of the top plaintiffs' law firms in the country by both The National Law Journal and The American Lawyer. *See* M. Moline, *The Plaintiffs' Hot List*, National Law Journal (Oct. 6, 2008), at S-2; E. Heller, *Global diamond cartel is cut down to size*, The National Law Journal (Oct. 6, 2008), at S-4; M. Moline, *The Plaintiffs' Hot List*, National Law Journal (Oct. 22, 2007), at S-2; M. Moline, *The Plaintiffs' Hot List*, National Law Journal (Oct. 9, 2006), at S-3; M. Moline, *The Plaintiffs' Hot List*, National Law Journal (Oct. 10, 2005), at S-3; D. Hechler, *The Plaintiffs' Hot List*, National Law Journal (Jul. 26, 2004), at S-8; D. Hechler, *The Plaintiffs' Hot List*, National Law Journal (Jul. 21, 2003), at S-2; J. Triedman, *A New Lieff*, The American Lawyer (Dec. 2006), at 13 ("one of the nation's premier plaintiffs' firms"); A. Frankel, *Sweet Sixteen*, Litigation 2004, Supplement to The American Lawyer & Corporate Counsel (Dec. 2004), at 8-10.

5. Attached hereto as Exhibit 1 is a copy of LCHB's firm resume, which describes some of the firm's experience in class action and other complex litigation, and gives biographical information about the attorneys at the firm. As set forth therein, LCHB represents plaintiffs in securities, employment, antitrust, civil rights, and mass tort cases. LCHB also has extensive experience in the prosecution of consumer protection class action cases. LCHB has served as class counsel in hundreds of class actions nationwide, resulting in hundreds of judgments and settlements which have recovered billions of dollars for its clients.

6. Rachel Geman, a partner in LCHB's New York office, is also litigating this case, and has been admitted *pro hac vice* to this Court. She graduated from Harvard University in 1993, with honors, and from Columbia Law School in 1997, with honors. She clerked for the Honorable Constance Baker Motley in the Southern District of New York. She has served as a Special Adviser at the United States Mission to the United Nations, for which she was awarded a Distinguished Honor Award. While at LCHB, Ms. Geman has litigated complex plaintiff-side cases in numerous subject matters, including consumer fraud cases involving false advertising, predatory lending, and/or defective products. She is a Board Member of the New York chapter of the National Employment Lawyers Association and an officer in the EEO Committee of the Labor & Employment Section of the American Bar Association.

7. LCHB associate Roger Heller is also working on this case. Mr. Heller received his law degree from Columbia University School of Law in 2001, where he was a senior editor for the *Columbia Law Review* and a Stone Scholar. From 2001 to 2005, Mr. Heller worked as an Associate at O'Melveny & Myers LLP, where he worked on numerous class actions and other litigation matters. From 2005 to 2008, Mr. Heller was Senior Staff Attorney for Disability Rights Advocates in Berkeley, California, where he litigated numerous class actions on behalf of plaintiffs under federal and state anti-discrimination laws. From 2008 to the present, Mr. Heller has worked as an Associate at LCHB, where his practice focuses on consumer class actions.

8. In addition, LCHB associate Allison Elgart is litigating this case. Ms. Elgart graduated *magna cum laude* from Brown University in 2000, and from Harvard Law School in 2005, where she was Editor-in-Chief of the Harvard Civil Rights-Civil Liberties Law

1  Review and a practicing member of the Harvard Legal Aid Bureau. Immediately after graduating
2  from law school, Ms. Elgart clerked for the Honorable Robert P. Patterson, Jr. of the United
3  States District Court for the Southern District of New York. At LCHB, she has focused on
4  representing plaintiffs in employment discrimination litigation and consumer protection class
5  action cases.

6    9.    LCHB is ready, willing and able to commit the resources necessary to
7  litigate this case vigorously. Indeed, LCHB has already committed the time and efforts of several
8  attorneys for the investigation, research, and litigation of this case, and will continue to do so.
9  Working in collaboration with its co-counsel, Daniel Hattis of the Law Offices of Angelo Parise,
10 LCHB has exchanged discovery with Dell, reviewed hundreds of thousands of pages of
11 documents produced by Dell, conducted other thorough factual and legal research, taken and
12 defended several depositions, prepared the initial and amended complaints, negotiated case
13 management issues with Dell, retained experts who are leaders in their respective fields, and
14 briefed oppositions to a motion to compel arbitration and two motions to dismiss.

15   10.   Attached hereto as Exhibit 2 is a true and accurate copy of excerpts from
16 the transcript of the deposition of Shane Gregorczyk, taken in this case on October 29, 2008.

17   11.   Attached hereto as Exhibit 3 is a true and accurate copy of excerpts from
18 the transcript of the deposition of Marie-Laure Carvahlo, taken in this case on May 6, 2009.

19   12.   Attached hereto as Exhibit 4 is a true and accurate copy of excerpts from
20 the transcript of the deposition of David Isbell, taken in this case on May 5, 2009.

21   13.   Attached hereto as Exhibit 5 is a true and accurate copy of excerpts from
22 the transcript of the deposition of Derek Byrne, taken in this case on May 5, 2009.

23   14.   Attached hereto as Exhibit 6 is a true and accurate copy of excerpts from
24 the transcript of the deposition of Travis Locklear, taken in this case on March 31, 2009.

25   15.   Attached hereto as Exhibit 7 is a true and accurate copy of the November
26 20, 2002 Order Granting Plaintiffs' Motion for Class Certification in *Medimatch, Inc., et. al v.*
27 *Lucent Technologies., Inc., et. al.*, Case No. C99-3198 TEH (N.D. Cal.).
28

16. Attached hereto as Exhibit 8 is a true and accurate copy of Defendant Dell Inc.'s Objections & Responses to Plaintiffs' Second Set of Interrogatories in this case, dated May 27, 2009.

17. Attached hereto as Exhibit 9 is a true and accurate copy of the Class Certification Report of Paul H. Rubin, Ph.D., dated May 28, 2009.

18. Attached hereto as Exhibit 10 is a true and accurate copy of the Class Certification Report of Larry D. Compeau, Ph.D., dated May 28, 2009.

19. Attached hereto as Exhibit 11 is a true and accurate copy of a screen shot of an Offer Page from Dell's Web site on March 31, 2006.

20. Attached hereto as Exhibit 12 is a true and accurate copy of screen shot of an Offer Page from Dell's Web site on May 25, 2007.

21. Attached hereto as Exhibit 13 is a true and accurate copy of a screen shot of a configurator page from Dell's Web site on March 31, 2006.

22. Attached hereto as Exhibit 14 is a true and accurate copy of a screen shot of a virtual "shopping cart" page from Dell's Web site on March 31, 2006.

23. Attached hereto as Exhibit 15 is a true and accurate copy of the order confirmation received by Plaintiff Chad Brazil in connection with his purchase from Dell's Web site on December 15, 2006.

24. Attached hereto as Exhibit 16 is a true and accurate copy of a screen shot of an Offer Page from Dell's Web site on November 7, 2006.

25. Attached hereto as Exhibit 17 are true and correct copies of: (i) a screen shot of a Web page for the Inspiron Notebook Computer from Dell's Web site on December 15, 2006 (the date of Plaintiff Chad Brazil's purchase); and (ii) a portion of the virtual "shopping cart" page related to Plaintiff Chad Brazil's purchase from Dell's Web site on December 15, 2006.

26. Attached hereto as Exhibit 18 are true and accurate copies of: (i) a screen shot of a Web page for the Dimension B110 Desktop Computer from Dell's Web site on June 15, 2006 (the date of Plaintiff Steven Seick's Purchase); and (ii) a screen shot of a portion of a virtual

1  "shopping cart" page related to Plaintiff Steven Seick's purchase from Dell's Web site on June 15, 2006.

27. Attached hereto as Exhibit 19 is a true and accurate copy of a Dell advertisement from the *San Diego Union Tribune* on September 15, 2006.

28. Attached hereto as Exhibit 20 is a true and accurate copy of a chart demonstrating the price history for Dell's Inspiron E1505 Notebook Computer.

29. Attached hereto as Exhibit 21 are true and accurate copies of: (i) an advertisement from Dell's May 2009 catalog; and (ii) screen shots of Web pages on Dell's Web site from May 25, 2009.

30. Attached hereto as Exhibit 22 is a true and accurate copy of a chart demonstrating the price history for Dell's Dimension B110 Desktop Computer.

31. Attached hereto as Exhibit 23 is a true and accurate copy of a screen shot of an Offer Page from Dell's Web site on April 1, 2006.

32. Attached hereto as Exhibit 24 is a true and accurate copy of a screen shot of a configurator page from Dell's Web site on April 1, 2006.

33. Attached hereto as Exhibit 25 is a true and accurate copy of a screen shot of an Offer Page from Dell's Web site on March 22, 2006.

34. Attached hereto as Exhibit 26 is a true and accurate copy of a screen shot of an Offer Page from Dell's Web site on March 23, 2006.

35. Attached hereto as Exhibit 27 is a true and accurate copy of a screen shot of a configurator page from Dell's Web site on March 23, 2006.

36. Attached hereto as Exhibit 28 is a true and accurate copy of a screen shot of an Offer Page from Dell's Web site on November 10, 2007.

37. Attached hereto as Exhibit 29 is a true and accurate copy of a screen shot of an Offer Page from Dell's Web site on November 10, 2007.

38. Attached hereto as Exhibit 30 is a true and accurate copy of Dell-1058345, produced by Dell in this case.

39. Attached hereto as Exhibit 31 is a true and accurate copy of Dell-731222, produced by Dell in this case

40. Attached hereto as Exhibit 32 is a true and accurate copy of Dell-222128-222130, produced by Dell in this case

41. Attached hereto as Exhibit 33 is a true and accurate copy of Dell-1022148-1022156, produced by Dell in this case

42. Attached hereto as Exhibit 34 is a true and accurate copy of Dell-157779-157798, produced by Dell in this case

43. Attached hereto as Exhibit 35 is a true and accurate copy of Dell-660960-660963, produced by Dell in this case

44. Attached hereto as Exhibit 36 is a true and accurate copy of Dell-1058589, produced by Dell in this case

45. Attached hereto as Exhibit 37 is a true and accurate copy of Dell-955112-955118, produced by Dell in this case

46. Attached hereto as Exhibit 38 is a true and accurate copy of Dell-055144-055145, produced by Dell in this case

47. Attached hereto as Exhibit 39 is a true and accurate copy of Dell-120359-120360, produced by Dell in this case

48. Attached hereto as Exhibit 40 is a true and accurate copy of Dell-183190-183191, produced by Dell in this case

49. Attached hereto as Exhibit 41 is a true and accurate copy of Dell-228068-228070, produced by Dell in this case

50. Attached hereto as Exhibit 42 is a true and accurate copy of Dell-110699-110709, produced by Dell in this case

51. Attached hereto as Exhibit 43 is a true and accurate copy of Dell-221127-221134, produced by Dell in this case

52. Attached hereto as Exhibit 44 is a true and accurate copy of Dell-1055082-1055091, produced by Dell in this case

53. Attached hereto as Exhibit 45 is a true and accurate copy of Dell-056693-056695, produced by Dell in this case

54. Attached hereto as Exhibit 46 is a true and accurate copy of Dell-227904-227907, produced by Dell in this case

55. Attached hereto as Exhibit 47 is a true and accurate copy of Dell-481120-481122, produced by Dell in this case

56. Attached hereto as Exhibit 48 is a true and accurate copy of Dell-454396-454406, produced by Dell in this case

57. Attached hereto as Exhibit 49 is a true and accurate copy of Dell-222086-222092, produced by Dell in this case

58. Attached hereto as Exhibit 50 is a true and accurate copy of Dell-1237744-1237746, produced by Dell in this case

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of May, 2009, San Francisco, California.

_____
Michael W. Sobol