Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400/Facsimile: (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
*Pro Hac Vice*
kbrightwell@reevesbrightwell.com
Paul Schlaud, Esq. (Texas SBN 24013469)
*Pro Hac Vice*
pschlaud@reevesbrightwell.com
Sinead O'Carroll, Esq. (Texas SBN 24013253)
*Pro Hac Vice*
socarroll@reevesbrightwell.com
Reeves & Brightwell, LLP
221 W. 6th Street, Suite 1000
Austin, TX 78701-3410
Phone: (512) 334-4500/Facsimile: (512) 334-4492

Attorneys for Defendant
DELL INC.

*E-Filed 7/30/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC. and Does 1-10,<br><br>Defendants. | Case No. C07-01700 RMW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT DELL INC.'S MOTION FOR PROTECTIVE ORDER AND PLAINTIFFS' MOTION TO COMPEL**<br><br>Date: September 2, 2009<br>Time: 9:30 a.m.<br>Dept: Courtroom 4, 5th Floor<br>Judge: Hon. Richard Seeborg<br>Trial: None Set<br><br>**DISCOVERY MOTION** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROP.] ORDER RE BRIEFING, HRG.
SCHED. FOR DEF.'S MOTION FOR PROT. ORDER
CMC Case No. C-07-01700 RMW

22059\2005953.1

Pursuant to Local Rules 6-1, 6-2, and 7-12, Defendant Dell Inc. ("Dell") and Plaintiffs Chad Brazil and Steven Seick ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

1. In keeping with the Court-ordered briefing schedule in place in the above-referenced matter, Plaintiffs filed their motion for class certification on May 29, 2009, Dell filed its opposition to same on July 28, 2009, and Plaintiffs' reply is due on September 4, 2009.

2. Plaintiffs have noticed a Rule 30(b)(6) deposition for August 13, 2009.

3. Dell is seeking a protective order from the Court staying the noticed Rule 30(b)(6) deposition until after the Court rules on Plaintiffs' motion for class certification.

4. Plaintiffs have sought the deposition for before their time to reply on the motion for class certification. Unless the parties agree on a date certain for the deposition that would be operative should Dell's motion for a protective order fail, Plaintiffs will seek an order compelling the previously-noticed deposition to occur on or before August 26, 2009.

5. Counsel for the parties have agreed to the following briefing and hearing schedule for Dell's motion for a protective order and any motion to compel the Rule 30(b)(6) deposition that Plaintiffs may decide to file:

    a. Dell will file its motion for a protective order on July 29, 2009;

    b. Plaintiffs' opposition to that motion, and any motion to compel the Rule 30(b)(6) deposition, will be filed on or before August 7, 2009;

    c. Dell's reply in support of its motion for a protective order and response to Plaintiffs' motion to compel the Rule 30(b)(6) deposition will be filed on or before August 12, 2009;

    d. Plaintiffs' reply in support of its motion to compel the Rule 30(b)(6) deposition will be filed on or before August 14, 2009;

    e. The hearing on Dell's motion for protective order and Plaintiffs' motion to compel the Rule 30(b)(6) deposition, if any, will be held on August 19, 2009.

6. The parties ask that the Court adopt the above schedule.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROP.] ORDER RE BRIEFING, HRG.
SCHED. FOR DEF.'S MOTION FOR PROT. ORDER
CMC Case No. C-07-01700 RMW

- 2 -

22059\2005953.1

1  IT IS SO STIPULATED.

2  I, Sinead O'Carroll, attest that concurrence in the filing of the above stipulation and
3  [proposed] order has been obtained from counsel for Plaintiffs.

4

5  DATED: July 29, 2009                REEVES & BRIGHTWELL, LLP

6
                                        By:  /s/Sinead O'Carroll
7                                            Sinead O'Carroll

8                                            Attorneys for Defendant
                                             DELL INC.
9

10 DATED: July 29, 2009                LIEFF CABRASER HEIMANN &
                                       BERNSTEIN LLP
11

12                                      By:  /s/Rachel Geman
                                             Rachel Geman
13
                                             Attorneys for Plaintiffs
14                                           CHAD BRAZIL and STEVEN SEICK

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROP.] ORDER RE BRIEFING, HRG.
SCHED. FOR DEF.'S MOTION FOR PROT. ORDER
CMC Case No. C-07-01700 RMW

- 3 -

22059\2005953.1

## ORDER

For good cause shown, IT IS SO ORDERED.

Dated: _____July 30_____, 2009.

_____
United States ~~District Judge~~
Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROP.] ORDER RE BRIEFING, HRG.
SCHED. FOR DEF.'S MOTION FOR PROT. ORDER
CMC Case No. C-07-01700 RMW

- 4 -

22059\2005953.1