*E-Filed 8/26/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELL, INC., and Does 1-10,<br><br>    Defendants.<br>_____/ | No. 5:07 CV 1700 RMW (RS)<br><br><br>ORDER DENYING IN PART MOTION TO FILE DOCUMENTS UNDER SEAL |

    THIS MATTER is before the Court on an administrative motion filed by plaintiffs Chad Brazil and Steven Seick, asking to file certain documents under seal (docket [141] in the above-referenced case). On August 25, 2009, the Court filed an order, docket [153], granting the motion to seal with respect to Exhibits F, G, H, I, Q, and Exhibit A to Exhibit L of the Declaration of Roger Heller in Support of Plaintiffs' Opposition to Defendant's Motion for Protective Order and Cross Motion to Compel (the "Heller Declaration").

    Plaintiffs' motion to seal also requested sealing of the remainder of the Heller Declaration, along with the accompanying pleading entitled "Plaintiffs' Opposition to Defendant's Motion for Protective Order and Cross Motion to Compel" (the "Opposition"). No showing has been made, however, as to why these documents should be sealed.

    Accordingly, except for those documents specifically designated in the August 25, 2009, order, plaintiffs' motion to seal must be denied. Plaintiffs shall have three business days from the

1  filing of this order in which to file an unsealed, unredacted version of the Opposition and the
2  unsealed portions of the Heller Declaration.

4      IT IS SO ORDERED.

6  Dated:  8/26/09

    _____
    RICHARD SEEBORG
    United States Magistrate Judge