**E-FILED on** 09/04/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELL INC. and Does 1-10,<br><br>    Defendants. | No. C-07-01700 RMW<br><br>ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE AND SET STATUS CONFERENCE<br><br>**[Re Docket No. 160]** |

Plaintiffs' August 31, 2009 motion to continue the class-certification hearing, presently set for September 25, 2009 and set a status conference is denied.

DATED:    09/04/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE AND SET STATUS CONFERENCE—No. C-07-01700 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Allison Stacy Elgart | aelgart@lchb.com |
| Michael W. Sobol | msobol@lchb.com |
| Daniel Morley Kekoa Hattis | dhattis@pariselaw.com |
| Angelo Salvatore Parise | parise@pariselaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Kim Brightwell | kbrightwell@reevesbrightwell.com |
| Cory Michelle Mason | cmason@fbm.com |
| Sinead O'Carroll | socarroll@reevesbrightwell.com |
| Paul Schlaud | pschlaud@reevesbrightwell.com |
| C. Brandon Wisoff | bwisoff@fbm.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     09/04/09                           JAS
                                        **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE AND SET STATUS CONFERENCE—No. C-07-01700 RMW
JAS                                                          2