1  Michael W. Sobol (State Bar No. 194857)
2  Roger N. Heller (State Bar No. 215348)
   Allison S. Elgart (State Bar No. 241901)
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
4  San Francisco, CA 94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:  (415) 956-1008

6  Rachel J. Geman (NY Bar No. RG 0998) (*Pro Hac Vice*)
7  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
8  New York, NY 10017-2024
   Telephone:  (212) 355-9500
9  Facsimile:  (212) 355-9592

10 Daniel M. Hattis (State Bar No. 232141)
11 Angelo Salvatore Parise (State Bar No. 165690)
   LAW OFFICES OF ANGELO SALVATORE PARISE
12 16870 West Bernardo Drive, Suite 400
   San Diego, CA  92127                                   *E-FILED - 9/29/09*
13 Telephone:  (858) 674-6660
   Facsimile:  (858) 674-6661
14

15 *Attorneys for Plaintiffs*

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | CHAD BRAZIL and STEVEN SEICK, | Case No. C-07-01700 RMW |
   | individually and on behalf of all others | |
20 | similarly situated, | **[] ORDER GRANTING** |
   | | **PLAINTIFFS' ADMINISTRATIVE** |
21 | Plaintiffs, | **MOTION TO FILE UNDER SEAL** |
22 | v. | |
23 | DELL INC. and Does 1-10, | |
24 | Defendant. | |
25

---

781014.1                                    - 1 -    [] ORDER GRANTING PLAINTIFFS'
                                                     ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                                                     CASE NO. C-07-01700 RMW

1  Plaintiffs, having filed an Application pursuant to Civil Local Rule 79-5 to have the Clerk
2  of the Court file under seal an unredacted version of Declaration of Roger Heller in Support of
3  Plaintiffs' Response to Defendant's Administrative Motion for Expedited Further Case
4  Management Conference, and good cause appearing,

6  IT IS HEREBY ORDERED that said documents shall be filed under seal.
7  IT IS SO ORDERED.

Dated: __9/29/09_____    ___/s/ Ronald M. Whyte_____
The Honorable Ronald M. Whyte
United States District Court Judge

781014.1                        - 2 -                 [] ORDER GRANTING PLAINTIFFS'
                                                       ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                                                       CASE NO. C-07-01700 RMW