**E-FILED on**   11/9/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELL INC. and Does 1-10,<br><br>    Defendants. | No. C-07-01700 RMW<br><br>ORDER DENYING PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING MOTION TO COMPEL<br><br>**[Re Docket No. 158]** |

   Plaintiffs have filed an objection to Magistrate Judge Seeborg's August 21, 2009 order granting defendants' motion for a protective order and denying plaintiffs' cross-motion to compel. This court has reviewed the plaintiffs' objections, and concludes that Judge Seeborg's order is not "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Additionally, because the court did not deny the motion or set a briefing schedule within 15 days after the plaintiffs filed their objection, the objection was deemed denied. Civ. L. R. 72-2.

DATED:    11/7/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING MOTION TO COMPEL—No. C-07-01700 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Allison Stacy Elgart | aelgart@lchb.com |
| Michael W. Sobol | msobol@lchb.com |
| Daniel Morley Kekoa Hattis | dhattis@pariselaw.com |
| Angelo Salvatore Parise | parise@pariselaw.com |
| Rachel Geman | rgeman@lchb.com |
| Roger Norton Heller | rheller@lchb.com |

**Counsel for Defendants:**

| | |
|---|---|
| Kim Brightwell | kbrightwell@reevesbrightwell.com |
| Douglas R. Young | dyoung@fbm.com |
| Sinead O'Carroll | socarroll@reevesbrightwell.com |
| Paul Schlaud | pschlaud@reevesbrightwell.com |
| Carl Brandon Wisoff | bwisoff@fbm.com |
| Paul A. Alsdorf | palsdorf@fbm.com |
| Thomas E. Gilbertsen | tgilbertsen@kelleydrye.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/9/09

CCL
**Chambers of Judge Whyte**