Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
Allison S. Elgart (State Bar No. 241901)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman (NY Bar No. RG 0998) (*Pro Hac Vice*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hattis (State Bar No. 232141)
Angelo Salvatore Parise (State Bar No. 165690)
LAW OFFICES OF ANGELO SALVATORE PARISE
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6660
Facsimile: (858) 674-6661

*Attorneys for Plaintiffs*

*E-FILED - 4/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC. and Does 1-10,<br><br>Defendant. | Case No. C-07-01700 RMW<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE AND ORDER** |

1         Pursuant to Local Rule 16-10(c), Plaintiffs Chad Brazil and Steven Seick ("Plaintiffs") and Defendant Dell Inc. ("Defendant") jointly request that the Court schedule a Case Management Conference for 10:30 a.m., Friday, May 28, 2010.

        Following the Court's March 29, 2010 Order Finding That California Law Governs Plaintiffs' Claims, Plaintiffs intend to file an amended complaint on or before April 19, 2010.  To facilitate the efficient adjudication of this matter, the parties jointly request that the Court set a Case Management Conference for 10:30 a.m., Friday, May 28, 2010.  Pursuant to Local Rule 16-10(d), the parties will file a Joint Case Management Conference Statement on or before Friday, May 21, 2010, setting forth the parties' positions on the topics they would like to address with the Court.

        IT IS SO STIPULATED.

Dated:   April 16, 2010                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

                                                  By:    /s/  Michael W. Sobol
                                                           Michael W. Sobol
                                                           Attorneys for Plaintiffs

Dated:   April 16, 2010                                    FARELLA BRAUN & MARTEL LLP

                                                           By:    /s/  C. Brandon Wisoff
                                                           C. Brandon Wisoff
                                                           Attorneys for Defendant

**ORDER**

For good cause shown and pursuant to stipulation, IT IS SO ORDERED.

Dated:  __4/21_____, 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte

864834.1                            - 2 -                            JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE C-07-01700 RMW