**E-FILED on**    5/24/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>DELL INC. and Does 1-10,<br><br>           Defendants. | No. C-07-01700 RMW<br><br>ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION AND DENYING MOTION TO SEAL<br><br>**[Re Docket Nos. 228, 230]** |

      Plaintiffs filed an administrative motion seeking further discovery. Pursuant to the court's April 21, 2010 order, the parties were directed to set forth their positions on topics that needed addressing on the Third Amended Complaint in a Joint Case Management Conference Statement. The court notes that the issue of further discovery has been addressed by the parties in their Joint Case Management Conference Statement. The court therefore denies plaintiffs' administrative motion without prejudice. Plaintiffs' motion to file under seal the Declaration of Allison S. Elgart in support of their administrative motion is denied as moot.

DATED:    5/24/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION AND DENYING MOTION TO SEAL—No. C-07-01700 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Michael W. Sobol | msobol@lchb.com |
| Allison Stacy Elgart | aelgart@lchb.com |
| Angelo Salvatore Parise | parise@pariselaw.com |
| Daniel Morley Kekoa Hattis | dhattis@pariselaw.com |
| Rachel Geman | rgeman@lchb.com |
| Roger Norton Heller | rheller@lchb.com |

**Counsel for Defendants:**

| | |
|---|---|
| Carl Brandon Wisoff | bwisoff@fbm.com |
| Douglas R. Young | dyoung@fbm.com |
| Kim Brightwell | kbrightwell@reevesbrightwell.com |
| Paul A. Alsdorf | palsdorf@fbm.com |
| Paul Schlaud | pschlaud@reevesbrightwell.com |
| Sinead O'Carroll | socarroll@reevesbrightwell.com |
| Thomas E. Gilbertsen | tgilbertsen@kelleydrye.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 5/24/10

CCL
**Chambers of Judge Whyte**