**E-FILED on** _7/22/10_

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC. and Does 1-10,<br><br>Defendants. | No. C-07-01700 RMW<br><br>ORDER REGARDING MOTION TO SEAL<br><br>**[Re Docket No. 236]** |

Plaintiffs move to file under seal its motion for class certification, the declaration of Roger N. Heller in support thereof, and all attached exhibits. A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a). The request must be narrowly tailored to seek sealing of only sealable material. *Id.*

Having reviewed the material that plaintiffs seek to file under seal, the court has concerns about the extent of material which plaintiffs seek to file under seal. Plaintiffs have represented that it seeks to file these documents under seal because they have been designated confidential or contain information designated confidential by Dell. The court therefore orders Dell to either explain why all of the designated material is sealable or to submit a narrowly tailored request to file under seal

ORDER REGARDING MOTION TO SEAL—No. C-07-01700 RMW
CCL

only those portions of the documents that are sealable material. If Dell does not submit a satisfactory explanation or an appropriately narrowly tailored request within ten days, the motion to seal will be denied.

DATED: 7/22/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge