Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Phone:  (415) 954-4400/Facsimile:  (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
*Pro Hac Vice*
kbrightwell@reevesbrightwell.com
Paul Schlaud, Esq. (Texas SBN 24013469)
*Pro Hac Vice*
pschlaud@reevesbrightwell.com
Sinead O'Carroll, Esq. (Texas SBN 24013253)
*Pro Hac Vice*
socarroll@reevesbrightwell.com
Reeves & Brightwell, LLP
221 W. 6th Street, Suite 1000
Austin, TX  78701-3410
Phone:  (512) 334-4500/Facsimile:  (512) 334-4492

Attorneys for Defendant
DELL INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELL INC. and Does 1-10,<br><br>Defendants. | Case No.  C07-01700 RMW<br><br><br>**ORDER REGARDING FILING DOCUMENTS UNDER SEAL** |

Defendant Dell Inc. has filed its Response to Order Regarding Motion to Seal and Declaration of Christopher Stidvent in Support of Dell Inc.'s Confidentiality Designations for Documents Filed By Plaintiffs In Support of Plaintiffs' Motion for Class Certification.  Good cause appearing, IT IS HEREBY ORDERED that unredacted versions of the following

documents and portions thereof shall be filed under seal by the Clerk of Court pursuant to Civil Local Rule 79-5:

    A. Plaintiffs' Motion for Class Certification;

    B. Page 14 of Exhibit A to the Declaration of Roger Heller in Support of Plaintiffs' Motion for Class Certification ("Heller Declaration");

    C. Exhibit B to the Heller Declaration;

    D. Exhibit C to the Heller Declaration;

    E. Pages 51-52, 81, 85-86, 113-114, and 133-135 of Exhibit D to the Heller Declaration;

    F. Exhibit E to the Heller Declaration; and

    G. Exhibit F to the Heller Declaration.

The following documents and portions thereof do not contain sealable information and should not be filed under seal:

    A. The Heller Declaration

    B. Pages 123-124 of Exhibit A to the Heller Declaration;

    C. Pages 32-33, 41-47, 69, 88-94, 115-116, and 136 of Exhibit D to the Heller Declaration;

    D. Exhibit G to the Heller Declaration;

    E. Exhibit H to the Heller Declaration; and

    F. Exhibit I to the Heller Declaration.

DATED: July 30, 2010

_____

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Judge

SEALING ORDER –
C07-01700 RMW

2