Douglas R. Young (State Bar No. 073248)
   dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
   palsdorf@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:     (415) 954-4400
Facsimile:     (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
   *Pro Hac Vice* (kbrightwell@reevesbrightwell.com)
Sinead O'Carroll, Esq. (Texas SBN 24013253)
   *Pro Hac Vice* (socarroll@reevesbrightwell.com)
Paul Schlaud, Esq. (Texas SBN 24013469)
   *Pro Hac Vice* (pschlaud@reevesbrightwell.com)
Reeves & Brightwell, LLP
221 W. Sixth Street, Suite 1000
Austin, TX  78701-3410
Telephone:     (512) 334-4500
Facsimile:     (512) 334-4492

Attorneys for Defendant
DELL INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELL INC.,<br><br>Defendant. | Case No. C07-01700 (RMW)<br><br>**DECLARATION OF C. BRANDON WISOFF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br><br>Date:      November 12, 2010<br>Time:      9:00 a.m.<br>Dept.:     6<br>Judge:     The Honorable Ronald M. Whyte |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECL. OF C. BRANDON WISOFF IN OPP.
TO MOTION FOR CLASS CERTIFICATION
Case No. C07-01700 (RMW)

22059\2326574.1

I, C. Brandon Wisoff, declare:

1.      I am an attorney admitted to practice in this Court and a partner in Farella Braun + Martel LLP, one of the law firms representing defendant Dell, Inc. in this action.  I have personal knowledge of the matters stated herein and could and would testify competently thereto, under oath, if required.

2.      Attached hereto as Exhibit A is a true and correct copy of this Court's order (Dkt. # 74), dated July 7, 2008, entitled "Order Granting Defendant's Motion to Dismiss the First Amended Complaint and to Strike Plaintiffs' Class Action Allegations."

3.      Attached hereto as Exhibit B is a true and correct copy of this Court's order (Dkt. # 109), dated November 14, 2008, entitled "Order Denying Motion to Dismiss and Motion to Strike Class Action Allegations."

4.      Attached hereto as Exhibit C is a true and correct copy of this Court's order (Dkt. # 212), dated March 29, 2010, entitled "Order Finding That California Law Governs Plaintiffs' Claim."

5.      Attached hereto as Exhibit D are true and correct copy of pages from the transcript of the March 5, 2009 deposition of plaintiff Chad Brazil.

6.      Attached hereto as Exhibit E is a true and correct copies of screen shots from the Dell Online Store dated December 15, 2006, Exhibit 3 from the March 5, 2009 deposition of plaintiff Chad Brazil.

7.      Attached hereto as Exhibit F is a true and correct copy of an article from the NashvillePost.com, dated March 23, 2001, noting the prior relationship between Chad Brazil's home remodeling client, attorney Pierce Gore, and the Lieff Cabraser Heimann & Bernstein law firm, class counsel herein.

8.      Attached hereto as Exhibit G are true and correct copy of pages from the transcript of the March 5, 2009 deposition of plaintiff Steven Seick.

9.      Attached hereto as Exhibit H is a true and correct copies of screen shots from the Dell Online Store dated June 15, 2006, Exhibit 11 from the March 5, 2009 deposition of plaintiff Steven Seick.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECL. OF C. BRANDON WISOFF IN OPP.
TO MOTION FOR CLASS CERTIFICATION        - 2 -
Case No. C07-01700 (RMW)                                22059\2326574.1

10.     Attached hereto as Exhibit I is a true and correct copy of an email chain sent on Monday, July 31, 2006 to Daniel Hattis from Steven Seick, Exhibit 14 from the March 5, 2009 deposition of plaintiff Steven Seick.

11.     Attached hereto as Exhibit J is a true and correct copy of screen shots from the Dell online store showing a November 10, 2007 pricing promotion.

12.     Attached hereto as Exhibit K is a true and correct copy of screen shots from the Dell online store showing a November 17, 2005 pricing promotion.

13.     Attached hereto as Exhibit L is a true and correct copy of screen shots from the Dell online store showing a November 17, 2005 pricing promotion.

14.     Attached hereto as Exhibit M is a true and correct copy of screen shots from the Dell online store showing a July 5, 2006 pricing promotion.

15.     Attached hereto as Exhibit N is a true and correct copy of screen shots from the Dell online store showing an October 20, 2006 pricing promotion.

16.     Attached hereto as Exhibit O is a true and correct copy of screen shots from the Dell online store showing a November 10, 2007 pricing promotion.

17.     Attached hereto as Exhibit P is a true and correct copy of screen shots from the Dell online store showing a August 19, 2010 "starting price" promotion.

18.     Attached hereto as Exhibit Q is a true and correct copy of pages from the transcript of the deposition of Kevin Graf, taken herein on August 29, 2009 (filed under seal).

19.     Attached hereto as Exhibit R is a true and correct copy of pages from the transcript of the deposition of Shane Gregorczyk, taken herein on August 26, 2009.

20.     Attached hereto as Exhibit S are true and correct copies of pages from the transcript of the deposition of Dr. Larry Compeau, plaintiffs' marketing expert, taken herein on July 9, 2009.

21.     Attached hereto as Exhibit T is a true and correct copy of the Class Certification Report of Dr. Aradhna Krishna, Dell's marketing expert.

22.     Attached hereto as Exhibits  U, V, W, and X are true and correct copies of the following articles all published by Dr. Paul Rubin, plaintiffs' economic expert herein.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECL. OF C. BRANDON WISOFF IN OPP.
TO MOTION FOR CLASS CERTIFICATION         - 3 -                                22059\2326574.1
Case No. C07-01700 (RMW)

Exhibit U: Paul H. Rubin, *The Economics of Regulating Deception*, Cato Journal, Vol. 10, No. 3 (Winter 1991).

Exhibit V: Paul H. Rubin, *Information Regulation (Including Regulation of Advertising)* (1999).

Exhibit W: Paul H. Rubin, *Regulation of Information and Advertising*, Emory School of Law, Law & Economics Research Paper Series, Working Paper No. 04-05 (2004).

Exhibit X: Paul H. Rubin, *Regulation of Information and Advertising*, Competition Policy International, Edited by David S. Evans, Vol. 4, No. 1, (Spring 2008),originally prepared for the Encyclopedia of Law and Economics (Edward Elgar, 2d ed. 2008/2009).

23.    Attached hereto as Exhibit Y is the Class Certification Report of Dr. Robert D. Stoner, Dell's economic expert (filed partially under seal).

24.    Attached hereto as Exhibit Z are true and correct copies of pages from the transcript of the deposition of plaintiff's economist Dr. Paul H. Rubin, taken herein on July 2, 2009.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 23rd day of August at San Francisco, California.

/s/ C. Brandon Wisoff
C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECL. OF C. BRANDON WISOFF IN OPP.
TO MOTION FOR CLASS CERTIFICATION        - 4 -
Case No. C07-01700 (RMW)

22059\2326574.1