Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
  bwisoff@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
  palsdorf@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Phone: (415) 954-4400 / Fax: (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
  *Pro Hac Vice* (kbrightwell@reevesbrightwell.com)
Sinead O'Carroll, Esq. (Texas SBN 24013253)
  *Pro Hac Vice* (socarroll@reevesbrightwell.com)
Paul Schlaud, Esq. (Texas SBN 24013469)
  *Pro Hac Vice* (pschlaud@reevesbrightwell.com)
Reeves & Brightwell, LLP
221 W. Sixth Street, Suite 1000
Austin, TX  78701-3410
Phone: (512) 334-4500 / Fax: (512) 334-4492

Attorneys for Defendant
DELL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DELL INC. and Does 1-10,<br><br>　　　　　　Defendants. | Case No.  C07-01700 RMW<br><br>**ORDER GRANTING DEFENDANT DELL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:　　November 12, 2010<br>Time:　　9:00 a.m.<br>Dept.:　　6<br>Judge:　　The Honorable Ronald M. Whyte |

Defendant Dell Inc. ("Dell"), having filed an Application pursuant to Civil Local Rule 79-5 to have the Clerk of the Court file under seal unredacted versions of the following documents:

　　1.　Dell's Opposition to Plaintiffs' Motion for Class Certification Under California Law;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ORDER GRANTING DEF.'S MOT.
TO FILE UNDER SEAL - C07-01700 RMW
-1-
22059\2344977.1

2. Excerpts from the August 27, 2009 Deposition of Kevin Graf (Exhibit Q to the Wisoff Declaration); and

3. The expert Report of Dr. Robert Stoner (Exhibit Y to the Declaration of C. Brandon Wisoff in Support of Dell's Opposition to Plaintiffs' Motion for Class Certification Under California Law);

and good cause appearing,

IT IS HEREBY ORDERED that said documents shall be filed under seal.

IT IS SO ORDERED.

DATED:  August 27, 2010

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ORDER GRANTING DEF.'S MOT.
TO FILE UNDER SEAL - C07-01700 RMW      - 2 -                              22059\2344977.1