Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
  bwisoff@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Kim E. Brightwell, Esq. (Texas SBN 02992700)
*Pro Hac Vice*
  kbrightwell@reevesbrightwell.com
Paul Schlaud, Esq. (Texas SBN 24013469)
*Pro Hac Vice*
  pschlaud@reevesbrightwell.com
Sinead O'Carroll, Esq. (Texas SBN 24013253)
*Pro Hac Vice*
  socarroll@reevesbrightwell.com
Reeves & Brightwell, LLP
221 W. Sixth Street, Suite 1000
Austin, TX  78701-3410
Telephone:  (512) 334-4500
Facsimile:  (512) 334-4492

Attorneys for Defendant
DELL INC..

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC. and Does 1-10,<br><br>Defendants. | Case No.  C07-01700 RMW-RS<br><br>**ORDER SEALING CERTAIN DOCUMENTS FILED BY PLAINTIFFS IN REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Defendant Dell Inc., having filed the Declarations of Sinead O'Carroll & Christopher Stidvent in Support of Dell Inc.'s Confidentiality Designations For Documents Filed By Plaintiffs

In Reply In Support of Motion For Class Certification, pursuant to Civil Local Rule 79-5 to have the Clerk of the Court file under seal unredacted versions of:

    a. Plaintiffs' Reply Memorandum in Support of Motion for Class Certification;

    b. Exhibit C to the Declaration of Roger N. Heller in Support of Plaintiffs' Reply Memorandum in Support of Motion for Class Certification ("Heller Declaration")

    c. Exhibit D to the Heller Declaration;

    d. Exhibit E to the Heller Declaration;

    e. Exhibit F to the Heller Declaration;

    f. Exhibit G to the Heller Declaration;

    g. Exhibit H to the Heller Declaration;

    h. Exhibit I to the Heller Declaration;

    i. Exhibit J to the Heller Declaration;

    j. Exhibit K to the Heller Declaration;

    k. Exhibit M to the Heller Declaration;

    l. Pages 133-135 of Exhibit N to the Heller Declaration;

    m. Exhibit R to the Heller Declaration; and

    n. Exhibit T to the Heller Declaration.

and good cause appearing:

    IT IS HEREBY ORDERED that said documents shall be filed under seal. The motion to file under seal is denied with respect to Exhibit L to the Heller Declaration and pages 45 to 46 and 88 to 92 of Exhibit N to the Heller Declaration.

DATED: October 18, 2010

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge