Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
  bwisoff@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Kim E. Brightwell (Texas SBN 02992700)
  *Pro Hac Vice*
  kbrightwell@reevesbrightwell.com
Sinead O'Carroll (Texas SBN 24013253)
  *Pro Hac Vice*
  socarroll@reevesbrightwell.com
Paul Schlaud (Texas SBN 24013469)
  *Pro Hac Vice*
  pschlaud@reevesbrightwell.com
Reeves & Brightwell, LLP
221 W. Sixth Street, Suite 1000
Austin, TX  78701-3410
Telephone:  (512) 334-4500
Facsimile:  (512) 334-4492

Attorneys for Defendant
DELL INC.

***E-FILED - 6/23/11***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>       vs.<br><br>DELL INC.,<br><br>              Defendant. | Case No.  C07-01700 (RMW)<br><br>**STIPULATION AND []<br>ORDER RESCHEDULING HEARING ON<br>PLAINTIFF'S MOTION FOR<br>PRELIMINARY APPROVAL OF CLASS<br>ACTION SETTLEMENT**<br><br>Date:       July 8, 2011<br>Time:       9:00 a.m.<br>Dept.:       6<br>Judge:       The Honorable Ronald M. Whyte |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [.] ORDER RE HEARING ON PRELIMINARY
APPROVAL OF CLASS SETTLEMENT
Case No. C07-01700 (RMW)

22059\2648107.1

1    Pursuant to Local Rules 6-2 and 7-12, Defendant Dell Inc. ("Dell") and Plaintiffs Chad
2 Brazil and Steven Seick ("Plaintiffs"), by and through their respective counsel, hereby stipulate as
3 follows:
4    1.    On May 27, 2001, Plaintiffs filed an unopposed motion for preliminary approval
5 of class action settlement, setting a hearing date of July 1, 2011, which had been cleared in
6 advance with Dell's counsel.
7    2.    On June 7, 2001, the Court *sua sponte* moved the hearing on Plaintiffs' motion to
8 July 8, 2011 at 9:00 a.m.
9    3.    Counsel for Dell represents that he has a previously scheduled and unavoidable
10 conflict preventing his attendance at the July 8, 2011 hearing.
11    4.    The parties therefore jointly request that the hearing on Plaintiffs' motion for
12 preliminary approval of class action settlement be moved from July 8, 2011 to July 15, 2011 at
13 9:00 a.m.
14
15    IT IS SO STIPULATED.
16    I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and
17 [proposed] order has been obtained from counsel for plaintiffs.
18    / / /
19    / / /
20    / / /
21    / / /
22    / / /
23    / / /
24    / / /
25    / / /
26    / / /
27    / / /
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [] ORDER RE HEARING ON
PRELIMINARY APPROVAL OF CLASS SETTLEMENT     - 2 -
Case No. C07-01700 (RMW)

22059\2648107.1

| | | |
|---|---|---|
| 1 | DATED: June 14, 2011 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | C. Brandon Wisoff |
| 5 | | Attorneys for Defendant<br>DELL INC. |
| 6 | DATED: June 14, 2011 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN LLP |
| 7 | | |
| 8 | | By: _____/s/_____<br>Michael W. Sobol |
| 9 | | |
| 10 | | Attorneys for Plaintiffs<br>CHAD BRAZIL and STEVEN SEICK |

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: ___June 23___, 2011.

*/s/ Ronald M. Whyte*
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [.] ORDER RE HEARING ON
PRELIMINARY APPROVAL OF CLASS SETTLEMENT
Case No. C07-01700 (RMW)

- 3 -

22059\2648107.1