Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman (NY Bar No. RG 0998) (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hattis (State Bar No. 232141)
Angelo Salvatore Parise (State Bar No. 165690)
LAW OFFICES OF ANGELO SALVATORE PARISE
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6660
Facsimile: (858) 674-6661

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELL INC. and DOES 1-10,<br><br>Defendants. | Case No. C-07-01700 RMW<br><br>**DECLARATION OF ROGER N. HELLER IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Roger N. Heller, hereby declare as follows:

1.      I am a member in good standing of the California State Bar, a partner in the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), and class counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Memorandum in Support of Granting Final Approval of Class Action Settlement.

2.      Attached hereto as Exhibit A is a true and correct copy of the Declaration of Jonathan Reid of Due Diligence and Proof of Mailing and Publication of Notice Materials.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of October, 2011 in San Francisco, California.

_____
Roger N. Heller

# EXHIBIT A

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

11

CHAD BRAZIL and STEVEN SEICK
individually and on behalf of all others
similarly situated,

Case No. C07-01700 RMW

12

Plaintiffs,

13

vs.

**DECLARATION OF JONATHAN REID OF
DUE DILIGENCE AND PROOF OF
MAILING AND PUBLICATION OF
NOTICE MATERIALS**

14

DELL INC. and Does 1-10,

15

Defendants.

16

17

I Jonathan Reid declare as follows:

18

1.    Pursuant to the Court's July 15, 2011, order granting preliminary approval of the

19

proposed settlement (Doc. No. 318), Analytics, Incorporated ("Analytics") was appointed to act

20

as the Claims Administrator in the above-referenced litigation (the "Action"). The following

21

statements are based on my personal knowledge and information provided by other Analytics

22

employees working under my supervision and, if called on to do so, I could and would testify

23

competently thereto. I submit this declaration in order to provide the Court and the parties to the

24

Action with information regarding the class notice, claim forms, and exclusion requests.

25

2.    I am a Project Manager of Analytics. As such, I am responsible for the

26

administration of class action settlements, including the dissemination of class notice, claims

27

processing, and the distribution of settlement funds. I have more than 7 years of experience in

28

1   the management of class action settlement administration, and in that time I have directly

2   managed or otherwise participated in the supervision of more than 100 class action settlements.

3       3.    Founded in 1972, Analytics is the oldest class action consulting and settlement

4   administration firm in the country. Our engagements have included securities litigation,

5   consumer fraud, antitrust, bankruptcy, consumer and product liability, discrimination, healthcare,

6   insurance, labor and employment, pharmaceuticals, privacy, property, and securities litigation.

7   These settlements have run from less than 100 class members to over 40 million class members.

8   Analytics' clients include corporations, law firms, the Department of Justice, and the Federal

9   Trade Commission (which for the last twelve years has retained Analytics to administer, and to

10  provide expert advice regarding, the distribution of redress funds in consumer matters).

11  **NOTICE TO THE CLASS**

12      4.    On July 7, 2011, Dell provided Analytics with a list in electronic format containing

13  the names and addresses associated with 392,979 potential Class Member purchases (the "Class

14  List"). Analytics entered the Class List into a database created for the administration of this

15  settlement and updated addresses in the Class List through the National Change of Address

16  ("NCOA") database.[1] Analytics then removed 38,220 duplicate addresses in order to create the

17  updated Class List of 354,759 claimants for direct notice.

18      5.    Beginning on August 8, 2011, and completing by August 12, 2011, Analytics

19  caused to be electronically mailed a total of 353,756 email notices to class members on the

20  updated Class List for whom an email address was available. A sample of the electronically

21  mailed notice is attached hereto as Exhibit A.

22      6.    On August 11, 2011, Analytics caused to be mailed a total of 1,003 postcard

23  notices via first class mail to the California billing address of class members on the updated Class

24  List for whom an email address was not available. A sample of the postcard notice is attached

25  hereto as Exhibit B.

26  _____

27  [1] The NCOA database is the official United States Postal Service technology product, which makes change of address
    information available to mailers to help reduce undeliverable mail pieces before mail enters the mainstream. This

28  product is an effective tool to update address changes when a person has completed a change of address form with
    the Post Office. The address information is maintained on the database for 48 months.

1    7.    On August 26, 2011, Analytics mailed via first class mail postcard notices to the

2    98,609 class members for whom the email notices were returned as undeliverable.

3    8.    The postcard notices that were returned without a forwarding address were mailed

4    to the class member's California shipping address, if different from the California billing address.

5    The postcard notices that were returned by the U. S. Postal Service with forwarding address

6    information were promptly re-mailed to the address provided.  To date, Analytics has re-mailed

7    770 postcard notices.

8    9.    Analytics further caused notice to be published in the August 10, 2011 edition of

9    the *Los Angeles Times*, the August 10, 2011 edition of *The Sacramento Bee*, and the August 10,

10   2011 edition of the *San Francisco Chronicle*.  A copy of the publication notice and affidavit of

11   publication from *The Sacramento Bee* is attached as Exhibit C.  Publications in the other

12   periodicals were substantially identical.

13   10.    Based upon my experience as a class action notice provider, I believe that the

14   notice program, as timely and fully executed by Analytics, satisfied the requirements to provide

15   the best reasonably practicable notice to the class.

16                    **SETTLEMENT WEBSITE AND TOLL-FREE PHONE LINE**

17   11.    In addition, under my supervision, Analytics established an official website,

18   www.discountsettlement.com (the "Website").  The Website address was provided in the email,

19   postcard and publication forms of notice sent to the class.  The Website was established for the

20   purpose of providing notice to supplement the mailed and publication notice, to facilitate the

21   filing of electronic claims, and to allow settlement class members to obtain further information

22   about the Settlement and to obtain the answers to frequently asked questions.  Website visitors

23   can download case documents including the settlement agreement, preliminary approval order,

24   long form notice and the claim form.  Visitors can also use the Website to submit a claim online.

25   The Website address is prominently displayed in the direct notice.  The Website was made

26   operational as of August 8, 2011, and is accessible 24 hours per day, and seven days per week.

27   As of October 6, 2011, Analytics had logged 26,930 visits to the Website.

28

12.     Analytics also established a toll free phone line (1-888-768-2056) for settlement class members to call with any questions or to request mailed copies of the notice and claim form. The toll free phone line was operational on August 8, 2011. As of October 13, 2011, Analytics had logged 861 calls to the toll free line.

## CLAIM PROCESS AND CLAIM FORMS

13.     The claims process was implemented in a manner to facilitate ease of making claims for the settlement class. There are several ways a class member may make a claim.

14.     The email notice itself contains an embedded hyperlink to the Website, which allows class members to "click-through" to the on-line claim form.

15.     The postcard and publication notices contain the Website address, so class members who receive postcard notice or see the publication notice can log on to the Website and submit claims on-line.

16.     Class members who do not wish to use the on-line claim form can submit paper claim forms. The paper claim form is available on the Website for class members to print and mail to Analytics. Paper claim forms are also available from Analytics. Class members can call the toll free phone line to request mailed copies of the claim form.

17.     As of October 13, 2011, a total of 9,269 online claim forms have been submitted.

18.     As of October 13, 2011, a total of 317 paper claim forms have been received by Analytics.

19.     Claim forms must be received by Analytics postmarked or submitted online no later than October 28, 2011. Thus, class members still have at least 15 days to submit claims, and Analytics expects to continue receiving claims during this time period.

## EXCLUSION REQUESTS

20.     Pursuant to the terms of the preliminary approval order, settlement class members had until September 28, 2011 to submit an exclusion request. Analytics received 15 timely exclusion requests from class members.

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed this 13th day of October, 2011.

4

5    _____

6    JONATHAN REID

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>DELL INC., and DOES 1 Through 10,<br>    Defendants<br><br>**Claim #: XXXXXXX**<br>**Notice PIN #: XXXXXXXX** | Case No. 5:07-01700-RMW |

THIS SUMMARY NOTICE ADVISES YOU OF A PROPOSED CLASS ACTION
SETTLEMENT WITH DELL INC.
**THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS.**
PLEASE READ IT CAREFULLY.

Dell's records indicate that you may be a settlement class member in <u>Brazil, et al. v. Dell Inc., et al.</u>, United States District Court, Northern District of California, Case No. 5:07-cv-01700-RMW, due to your purchase of a certain Dell-branded product during the class period. If your purchase was made pursuant to an advertised instant-off discount and you submit a valid claim form by **October 28, 2011**, you will receive a $50 Cash Benefit if the settlement is approved. To determine if you are a Class Member, please refer to the "Settlement Class" definition in the notice described below.

You may submit a claim form online at: <u>www.discountsettlement.com</u>, or you may request a claim form from the Independent Claims Administrator at the telephone number or address below and submit it by mail. **The PIN # and Claim # above will assist in making your claim.**

The proposed settlement resolves claims that Dell advertised false instant-off discounts from represented former prices. While Dell denies wrongdoing or liability of any kind associated with the claims brought by Plaintiffs, Dell has agreed to settle the case for the sole purpose of avoiding the uncertainties, expenses, and time of further litigation.

To exclude yourself from this settlement, or to object to the settlement, you must follow the instructions in the notice described below. The deadline to opt out of the settlement class or submit any objections is **September 28, 2011**. If you opt out of the class, you may NOT file a claim, and you will not receive any compensation under the settlement. If you do not opt out of the class, you will be bound by the settlement and will release any and all claims that you may have against Dell for the conduct at issue in this lawsuit. The Court will hold a final fairness hearing to decide whether to approve the proposed settlement on **October 28, 2011**, at 9:00 a.m., at the United States District Court, located at 280 South 1st Street, San Jose, CA 95113. See further details on the settlement website: <u>www.discountsettlement.com</u>.

This notice is authorized by the United States District Court, Northern District of California and is only a

summary of the settlement. The full Notice of Pendency of Class Action and Proposed Settlement, which provides additional information regarding the claims asserted in this case, this settlement, the Settlement Class definition, the relief available to and rights of Class Members, and Class Counsel's application for an award of attorneys' fees, expenses, and costs in the amount of $7 million and service awards in the amount of $5,000 for each Class Representative, is available at www.discountsettlement.com or from the Independent Claims Administrator at Discount Settlement Claims Administrator, c/o Analytics, Inc., PO Box 2002, Chanhassen, MN 55317-2002 or toll free at 1-888-768-2056.

**This email was sent from an email address that does not accept replies.**

The United States District Court for the Northern District of California has ordered that this email notice be sent. If you wish to UNSUBSCRIBE from future email messages from the Independent Claims Administrator with regard to this settlement, please click here.

**EXHIBIT B**

**NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT**

CASE NO. 5:07-01700-RMW

CHAD BRAZIL AND STEVEN SEICK, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

*Plaintiffs,*

vs.

DELL INC., AND DOES 1 THROUGH 10,

*Defendants*

Claim #: _____

Notice PIN #: _____

Discount Settlement Claims Administrator
c/o Analytics, Inc.
P.O. Box 2002
Chanhassen, MN 55317-2002

Presorted
First-Class Mail
U.S Postage
**PAID**
Twin Cities, MN
Permit No. 3648

Postal Service: Please Do Not Mark Barcode

BRD1234567890



JOHN Q CLASSMEMBER
18750 LAKE DR E
CHANHASSEN, MN 55317-8730

THIS SUMMARY NOTICE ADVISES YOU OF A PROPOSED CLASS ACTION SETTLEMENT WITH DELL INC.

**THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.**

Dell's records indicate that you may be a settlement class member in *Brazil, et al. v. Dell Inc., et al.*, United States District Court, Northern District of California, Case No. 5:07-cv-01700-RMW, due to your purchase of a certain Dell-branded product during the class period. If your purchase was made pursuant to an advertised instant-off discount and you submit a valid claim form by **October 28, 2011**, you will receive a **$50 Cash Benefit** if the settlement is approved. To determine if you are a class member, please refer to the "Settlement Class" definition in the notice described below.

You may submit a claim form online at *www.discountsettlement.com*, or you may request a claim form from the Independent Claims Administrator at the telephone number or address below and submit it by mail. **The PIN # and Claim # on the reverse side of this postcard will assist in making your claim.**

The proposed settlement resolves claims that Dell advertised false instant-off discounts from represented former prices. While Dell denies wrongdoing or liability of any kind associated with the claims brought by Plaintiffs, Dell has agreed to settle the case for the sole purpose of avoiding the uncertainties, expenses, and time of further litigation.

To exclude yourself from this settlement, or to object to the settlement, you must follow the instructions in the notice described below. The deadline to opt out of the settlement class or submit any objections is **September 28, 2011**. If you opt out of the class, you may NOT file a claim, and you will not receive any compensation under the settlement. If you do not opt out of the class, you will be bound by the settlement and will release any and all claims that you may have against Dell for the conduct at issue in this lawsuit. The Court will hold a final fairness hearing to decide whether to approve the proposed settlement on **October 28, 2011**, at 9:00 a.m., at the United States District Court, located at 280 South 1st Street, San Jose, CA 95113. See further details on the settlement website: *www.discountsettlement.com*.

This notice is authorized by the United States District Court, Northern District of California and is only a summary of the settlement. The full Notice of Pendency of Class Action and Proposed Settlement, which provides additional information regarding the claims asserted in this case, this settlement, the Settlement Class definition, the relief available to and rights of Class Members, and Class Counsel's application for an award of attorneys' fees, expenses, and costs in the amount of $7 million and service awards in the amount of $5,000 for each Class Representative, is available at *www.discountsettlement.com* or from the Independent Claims Administrator at Discount Settlement Claims Administrator, c/o Analytics, Inc., P.O. Box 2002, Chanhassen, MN 55317-2002, or toll free at 1-888-768-2056.

**EXHIBIT C**

# The Sacramento Bee

P.O. Box 15779 • 2100 Q Street • Sacramento, CA 95852

ANALYTICAL INC.
2458 N. RACINE, 1ST FLOOR
CHICAGO, IL 60614

DECLARATION OF PUBLICATION
(C.C.P. 2015.5)

COUNTY OF SACRAMENTO
STATE OF CALIFORNIA

I am a citizen of the United States and
a resident of the County aforesaid;
I am over the age of eighteen
years, and not a party to or interest
ed in the above entitled matter. I am
the printer and principal clerk of the
publisher of The Sacramento Bee,
printed and published in the City of
Sacramento, County of Sacramento,
State of California, daily, for which
said newspaper has been adjudged
a newspaper of general circulation by
the Superior Court of the County of
Sacramento, State of California,
under the date of September 26, 1994,
Action No. 379071; that the notice of
which the annexed is a printed copy,
has been published in each issue
thereof and not in any supplement
thereof on the following dates, to wit:

**August 10, 2011**

I certify (or declare) under penalty of
perjury that the foregoing is true and
correct and that this declaration was
executed at Sacramento, California,
on **August 10, 2011**

_(Signature)_

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CHAD BRAZIL and STEVEN SEICK, on behalf of themselves )
and all others similarly situated, )
Plaintiffs, )
vs. ) Case No. 5:07-01700-RMW
DELL INC., and DOES 1 Through 10, )
Defendants )

**NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT**

1. A settlement has been proposed in this class action lawsuit that could affect your legal rights. Read this publication carefully.

2. If you are an individual or entity in California who purchased certain Dell-branded products advertised with instant-off discounts online through Dell's Home & Home Office segment during certain time periods, then you may be a Class Member, and the proposed settlement will affect your legal rights. To determine if you are a Class Member, please refer to the "Settlement Class" definition in the notice described below and found at: www.discountsettlement.com.

3. If the settlement is approved, Class Members who submit a valid claim form will be entitled to a Cash Benefit of $50 in the form of a check. You must submit a valid claim form by October 28, 2011 to seek payment. You may submit a claim form online at www.discountsettlement.com, or you may request a claim form from the Independent Claims Administrator at: Discount Settlement Claims Administrator, c/o Analytics, Inc., PO Box 2002, Chanhassen, MN 55317-2002 or 1-888-768-2056 and mail it in.

4. The proposed settlement resolves claims that Dell advertised false instant-off discounts from represented former prices. While Dell denies any wrongdoing or liability of any kind associated with the claims brought by Plaintiffs, Dell has agreed to settle the case for the sole purpose of avoiding the uncertainties, expenses, and time of further litigation.

5. To exclude yourself from this settlement or object to the settlement, you must follow the instructions in the notice described below. The deadline to opt out of the settlement class or submit any objections is September 28, 2011. If you opt out of the class, you may NOT file a claim, and you will not receive any compensation under the settlement. If you do not opt out of the class, you will be bound by the settlement and will release any and all claims that you may have against Dell for the conduct at issue in this lawsuit. The Court will hold a final fairness hearing to decide whether to approve the proposed settlement on October 28, 2011, at 9:00 a.m., at the United States District Court, located at 280 South 1st Street, San Jose, CA 95113.

6. This is only a summary of the settlement. The full Notice of Pendency of Class Action and Proposed Settlement, which provides additional information regarding the claims asserted in this case, this settlement, the Settlement Class definition, the relief available to and rights of Class Members, and Class Counsel's application for an award of attorneys' fees, expenses and costs in the amount of $7 million, and services awards in the amount of $5,000 for each Class Representative, is available at www.discountsettlement.com or from the Discount Settlement Claims Administrator at the address and phone number above.