1  Michael W. Sobol (State Bar No. 194857)
2  Roger N. Heller (State Bar No. 215348)
   Allison S. Elgart (State Bar No. 241901)
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
5  Facsimile: (415) 956-1008

6
   Rachel Geman (NY Bar No. RG 0998) (*Pro Hac Vice*)
7  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   250 Hudson Street, 8th Floor
8  New York, NY 10013-1413
   Telephone: (212) 355-9500
9  Facsimile: (212) 355-9592

10
   Daniel M. Hattis (State Bar No. 232141)
11 Angelo Salvatore Parise (State Bar No. 165690)
   LAW OFFICES OF ANGELO SALVATORE PARISE
12 16870 West Bernardo Drive, Suite 400
   San Diego, CA 92127
13 Telephone: (858) 674-6660
   Facsimile: (858) 674-6661
14

15 *Class Counsel*

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19
   CHAD BRAZIL and STEVEN SEICK,          | Case No. C-07-01700 RMW
20 individually and on behalf of all others
   similarly situated,                    | **ORDER ON MOTION**
21                                        | **FOR LEAVE TO WITHDRAW AS**
             Plaintiffs,                  | **COUNSEL**
22
   v.
23
   DELL INC. and DOES 1-10,
24
             Defendants.
25

26

27

28

935966.1                                  ORDER ON MOTION TO WITHDRAW AS COUNSEL
                                          CASE NO. C-07-01700 RMW

1  This Court having fully considered Allison S. Elgart's *Motion For Leave To Withdraw As
2  Counsel*, the motion is **GRANTED**.

**IT IS SO ORDERED** this __4:__ day of __Qevqdgt_____, 2011.

*Ronald M. Whyte*
Honorable Ronald M. Whyte