UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: October 28, 2011

Case No. C-07-01700-RMW    JUDGE: Ronald M. Whyte    TIME IN: 20 mins.

BRAZIL, et al.    -V- DELL, INC.
Title

M. Sobol, R. Heller, D. Hattis    S. O'Carrol, C. Wisoff, K. Graham for Objector
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia    COURT REPORTER: Gina Colin

PROCEEDINGS

FAIRNESS HEARING/MOTION FOR ATTORNEY FEES

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from the parties. The Court approves the settlement as fair, and reasonable. The Court approves the attorney fees. The matter is deemed submitted and the Court to issue a final ruling to the parties.