THEODORE H. FRANK (SBN 196332)
Email: tedfrank@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW
No. 236
Washington, DC 20036
Voice: (703) 203-3848

KYLE F. GRAHAM (SBN 218560)
Email: Kylefgraham@hotmail.com
1009 Portola Road
Portola Valley, CA 94028
Voice: (650) 530-2330

*Attorneys for Class Member Kenneth Brown*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL and STEVEN SEICK, individually and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>DELL INC. and DOES 1-10,<br>    *Defendants*.<br><br>Kenneth Brown,<br>    *Objector*. | Case No. C 07-01700 RMW<br><br>Case No. 11-17799 (9th Circuit)<br><br><br><br>**AMENDED NOTICE OF APPEAL PURSUANT TO**<br>**FED. R. APP. PROC. 4(a)(4)(B)(ii)** |

Pursuant to Fed. R. App. Proc. 4(a)(4)(B)(ii), notice is hereby given that objecting class member Kenneth Brown hereby amends his November 18, 2011 notice of appeal (Docket No. 331), currently docketed at the United States Court of Appeal for the Ninth Circuit as Case No. 11-17799. In addition to the already pending appeal from the Court's Final Order and Judgment (and grant of Motion for Attorneys' Fees) (Dkt. No. 327) entered on October 28, 2011, and all opinions and orders that merge therein, Mr. Brown is also appealing from Docket No. 334, the Court's post-appellate-briefing amended opinion dated April 4, 2012, and titled "Order Granting Motion for Award of Attorneys' Fees and Expenses and Award of Service Awards for Class Representatives."

Mr. Brown files the amended notice of appeal with all reservation of rights, including the right to challenge the April 4, 2012, post-appellate-briefing opinion as *ultra vires* and void. *See Brazil v. Dell*, Case No. 11-17799, Appellant Kenneth Brown's Motion to Declare Post-Appellate-Briefing District Court Opinion Void (filed in the Ninth Circuit April 13, 2012); *see also, e.g., Pro Sales, Inc. v. Texaco, U.S.A.*, 792 F.2d 1394, 1396 n.1 (9th Cir. 1986); *Flynt Dist. Co. v. Harvey*, 734 F.2d 1389, 1395 n.3 (9th Cir. 1984); *Newspapers v. Central Valley Typographical Union No. 46*, 686 F.2d 731, 734-35 (9th Cir. 1982); *United States v. Martin*, 520 F.3d 87, 97 & n.7 (1st Cir. 2008); *Ced's Inc. v. EPA*, 745 F.2d 1092, 1095 (7th Cir. 1984).

Dated: May 1, 2012                    Respectfully submitted,

/s/ *Theodore H. Frank*
Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW, No. 236
Washington, DC 20036
tfrank@gmail.com
(703) 203-3848

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA  94028
kylefgraham@hotmail.com
(650) 530-2330

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2011, I caused the foregoing Notice of Appeal to be served via First Class mail upon the following counsel of record:

Paul A. Alsdorf
Carl Brandon Wisoff
Douglas R. Young
Farella Braun + Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104

Kim Brightwell
Sinead O'Carroll
Paul Schlaud
Reeves & Brightwell LLP
221 W. Sixth Street
Suite 1000
Austin, TX 78701-3410

Rachel Geman
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413

Thomas E. Gilbertsen
Kelley Drye & Warren LLP
3050 K Street, N.W.,
Suite 400
Washington, DC 20007-5108

Daniel Morley Kekoa Hattis
Angelo Salvatore Parise
Law Offices of Angelo Salvatore Parise
16870 W. Bernardo Dr., Ste 400
San Diego, CA 92127

Michael W. Sobol
Roger Norton Heller
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street
29th Floor
San Francisco, CA 94111

DATED this 1st day of May, 2012.

                                                   *(s) Theodore H. Frank*
                                                   Theodore H. Frank