**FILED**

UNITED STATES COURT OF APPEALS

MAY 25 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHAD BRAZIL and STEVEN ARTHUR SEICK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs - Appellees, <br><br> KENNETH BROWN, <br><br> Objector - Appellant, <br><br> v. <br><br> DELL INC., <br><br> Defendant - Appellee. | No. 11-17799 <br><br> D.C. No. 5:07-cv-01700-RMW <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's opposed "motion to declare post-appellate-briefing district court opinion" void is denied. *See e.g., In re Silberkraus*, 336 F.3d 864, 869 (9th Cir. 2003) (court retained jurisdiction to publish written decision when consistent with oral decision and aids in review of decision); *see also Intel Corp. v. Terabyte Intern., Inc.*, 6 F.3d 614, 617-618 (9th Cir. 1993) (order granting motion for attorneys fees becomes final once the amount of the fee award is determined).

Appellant's emergency motion to stay appellate briefing schedule is denied.

KB/MOATT

Appellant may file a supplemental opening brief addressing the district court's April 4, 2012 order on attorneys fees by June 25, 2012. Appellees may file supplemental answering briefs by July 25, 2012. Appellant's optional consolidated reply brief is due within 14 days after service of the supplemental answering brief. Appellant's request to file an enlarged reply brief is granted in part. Appellant shall be allowed to file a reply brief of no more than 10,000 words.