UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 5, 2012

CASE NUMBER:    **CV 07-01700 RMW**
CASE TITLE:    **CHAD BRAZIL, ET AL-v- DELL, INC.**
DATE MANDATE FILED:  6/29/2012


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Betty Walton*

by: Betty Walton
Case Systems Administrator


Distribution:   CIVIL     -     Counsel of Record


**Michael W. Sobol**
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008


**Carl Brandon Wisoff**
Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
415-954-4400
Fax: 415-954-4480